UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Wells Fargo Bank, N.A., as Trustee for the
Clara Poppic Trust

Plaintiff(s),

v.

Kenneth G. Renz; Jackson R. Dennison; Won Jae Yi aka Michael Yi; et al.

Defendant(s).

No. C 3:08-CV-2561-EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 5/28/08

Signature

Counsel for  Plaintiff
(Plaintiff, Defendant or indicate "pro se")