AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __KAZUKO UMSTEAD__
by: __PERSONAL SERVICE__

(1) personally delivering a copy of each to the individual at this place, __1377 HULL LANE MARTINEZ, CA 94553__

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __45.00__ for travel and $ __✓__ for services, for a total of $ __0.00__ ✓.

Date: __JUNE 4 2008__

_Thomas Fasanaro_
Server's signature

__THOMAS FASANARO__
Printed name and title

__1215 PINE ST MTZ. CA. 94553__
Server's address