AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California   **E-filing**

Wells Fargo Bank, N.A., as Trustee
for the Clara Poppic Trust
                        Plaintiff            )
                                             )
Kenneth G. Renz v. Jackson R. Dennison       )   Civil Action No. CV 08 2561
Wiley Umstead; Kazuko Umstead;               )
Won Jae Yi aka Defendant Michael Yi; Nan     )
Y. Park; Guan Huang; Ying Zhang;             )   EMC
and Sui Song            Summons in a Civil Action

To:   Kenneth G. Renz
         (Defendant's name)

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jan A. Greben; Jenna L. Motola
GREBEN & ASSOCIATES
1332 Anacapa St., Suite 110
Santa Barbara, CA 93101

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                    Richard W. Wieking
                                    Name of clerk of court

Date:  MAY 21 2008                  MARY ANN BUCKLEY
                                    Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __06-04-08__,
by:

(1) personally delivering a copy of each to the individual at this place, __783 Crossbrook Dr Moraga, CA 94556__; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __126.00__ for travel and $ __0__ for services, for a total of $ __126.00__.

Date: __6/9/08__

_Jeanne M Kosta_
Server's signature

_Jeanne M. Kosta    RPS#632_
Printed name and title

PPS
936 Dewing Ave., #E-1
Lafayette, CA 94549
Server's address