AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California    E-filing

Wells Fargo Bank, N.A., as Trustee
for the Clara Poppic Trust
        Plaintiff
        v.
Kenneth G. Renz; Jackson R. Dennison;
Wiley Umstead; Kazuko Umstead;
Won Jae Yi aka Defendant Michael Yi; Nan
Y. Park; Guan Huang; Ying Zhang;
and Sui Song

Civil Action No. CV-08 2561 EMC

**Summons in a Civil Action**

To: Nan Y. Park
    (Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jan A. Greben; Jenna L. Motola
GREBEN & ASSOCIATES
1332 Anacapa St., Suite 110
Santa Barbara, CA 93101

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                           Richard W. Wieking
                                                           Name of clerk of court

Date: MAY 21 2008
                                                           Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 02/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Nan Young Park**, by:

(1) personally delivering a copy of each to the individual at this place, **1462 Willowbend Way, Beaumont, Ca. 92223** (Residence); or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ **23.00** for travel and $ **75.00** for services, for a total of $ **98.00**.

Personal Service was made on June 02, 2008 at 9:30pm

Date: **June 02, 2008**

_[signature]_
Michael J. DiVita
Registered California Process Server
Printed name and title

Michael J. DiVita
The Justice Connection
Post office Box 1492
Banning, California 92220
(877) 45-JUSTICE
(877) 85-JUSTICE - fax
www.SmallClaimsHelp.com