| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| GREBEN & ASSOCIATES<br>1332 ANACAPA STREET, #110<br>SANTA BARBARA, CA  93101 | (805) 963-9090 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00235088-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
WELLS FARGO BANK vs. RENZ

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 2561 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL STATUS CONFERENCE; STANDING ORDER; ECF REGISTRATION INFORMATION HANDOUT; WELCOME LETTER FROM U.S.D.C. OF NO. DIST. OF CAL.; NOTICE OF ASSIGNMENT OF CASE

Name of Defendant: GUAN HUANG
Person Served: HUIZHEN HUANG
Title: WIFE

Date of Delivery: 06/11/08
Time of Delivery: 06:15 pm

Place of Service: 2683 - 22ND STREET
SAN FRANCISCO, CA 94110                    (Residence)

Date of Mailing: 06/12/08
Place of Mailing: SAN FRANCISCO

Manner of Service:
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left. (CCP 415.20(b) ) (F.R.CIV. P. 4 (e) (1)) FRCP 4 D

Fee for service:    $ 180.05

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: San Francisco County
Number: 2007-0001040
Expiration Date: 12/04/2009
PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102
(415) 882-2250
304/00235088-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: June 13, 2008
at: San Francisco, California.

Signature: _____
Name: FREDERICK GURR
Title: (i) employee