POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>**GREBEN & ASSOCIATES**<br>Jan A. Greben, (SBN: 103464)<br>1231 State Street, Suite 200   Santa Barbara, CA 93101<br>TELEPHONE NO.: **(805) 963-9090**   FAX NO.*(Optional)*: **(805) 963-9098**<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: **450 Golden Gate Avenue**
MAILING ADDRESS:
CITY AND ZIP CODE: **San Francisco, CA 94102**
BRANCH NAME: **Northern**

| PLAINTIFF/PETITIONER: **WELLS FARGO BANK, N.A., as Trustee for the Clara Poppic Trust** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **KENNETH G. RENZ JACKSON R. et al** | CV 08 2561 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>**POPPIC TRUST** |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: **Civil Case Cover Sheet; All Standing Orders; ECF Information Sheet; Notice of Case Assignment to a Magistrate Judge; Court Information**
3. a. Party served *(specify name of party as shown on documents served)*:
   **SUI SONG**

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a)*:

4. Address where the party was served: **1650 13TH AVE**
   **OAKLAND, CA 94606**

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:    (2) at *(time)*:

   b. [X] **by substituted service.** On *(date)*: **06/02/2008** at *(time)*: **06:14 pm** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **COONG SONG, FATHER (M,65yrs,6'0,180lbs,Asian,Black/Brown)**

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [X] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*:   from *(city)*:                                or [X] a declaration of mailing is attached.

   (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/P156951

| | |
|---|---|
| PLAINTIFF/PETITIONER: **WELLS FARGO BANK, N.A., as Trustee for the Clara Poppic Trust** | CASE NUMBER: |
| DEFENDANT/RESPONDENT: **KENNETH G. RENZ JACKSON R. et al** | CV 08 2561 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                             (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    a. ☒ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify):*
    c. ☐ as occupant.
    d. ☐ On behalf of *(specify):*
       under the following Code of Civil Procedure section:

        ☐ 416.10 (corporation)                   ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                          ☐ other:

7. **Person who served papers**
    a. Name: **Granville Smith**
    b. Address: **55 Santa Clara Ave., Suite 120 Oakland, CA 94610**
    c. Telephone number: **(510) 419-3940**
    d. **The fee** for service was: **$ 109.80**
    e. I am:

        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☒ registered California process server:
            (i) ☐ owner     ☐ employee     ☒ independent contractor.
            (ii) Registration No.: **1014**
            (iii) County: **Alameda**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **06/04/2008**

**Interceptor Legal Support Service, Inc**
**55 Santa Clara Ave., Suite 120**
**Oakland, CA 94610**
**(510) 419-3940**

<u>**Granville Smith**</u>                                    ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br>Jan A. Greben, (SBN: 103464) <br>GREBEN & ASSOCIATES <br>1231 State Street, Suite 200  Santa Barbara, CA 93101 <br>TELEPHONE NO.: **(805) 963-9090**   FAX NO.: **(805) 963-9098** <br>E-MAIL ADDRESS *(Optional)*: <br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: **450 Golden Gate Avenue**
MAILING ADDRESS:
CITY AND ZIP CODE: **San Francisco, CA 94102**
BRANCH NAME: **Northern**

PLAINTIFF/PETITIONER: **WELLS FARGO BANK, N.A., as Trustee for the Clara Poppic Trust**
DEFENDANT/RESPONDENT: **KENNETH G. RENZ JACKSON R.  et al**

| DECLARATION OF DILIGENCE | CASE NUMBER: <br>CV 08 2561 |
|---|---|

I received the within process on May 30, 2008 and that after due and diligent effort I have not been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **SUI SONG**

As enumerated below:

   05/30/2008 – 10:30 am          1650 13TH AVE
                                  OAKLAND, CA 94606
   (NIB) - The subject was not in or not available at the time of this attempt.

   05/31/2008 – 07:21 pm          1650 13TH AVE
                                  OAKLAND, CA 94606
   (NAR) - There was no answer at the given residence address at the time of this attempt.

   06/01/2008 – 12:31 pm          1650 13TH AVE
                                  OAKLAND, CA 94606
   (NAR) - There was no answer at the given residence address at the time of this attempt.

County: **Alameda**
Registration No.: **1014**
**Interceptor Legal Support Service, Inc**
**55 Santa Clara Ave., Suite 120**
**Oakland, CA 94610**
**(510) 419-3940**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **June 4, 2008** at **Oakland**, California.

Signature: _____
Granville Smith

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Jan A. Greben, (SBN: 103464)<br>**GREBEN & ASSOCIATES**<br>**1231 State Street, Suite 200   Santa Barbara, CA 93101** | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **(805) 963-9090**   FAX NO.: **(805) 963-9098**<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: **450 Golden Gate Avenue**
MAILING ADDRESS:
CITY AND ZIP CODE: **San Francisco, CA 94102**
BRANCH NAME: **Northern**

PLAINTIFF/PETITIONER: **WELLS FARGO BANK, N.A., as Trustee for the Clara Poppic Trust**
DEFENDANT/RESPONDENT: **KENNETH G. RENZ JACKSON R. et al**

| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>**CV 08 2561** |
|---|---|

I am a citizen of the United States and employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. My business address is 55 Santa Clara Ave., Suite 120, Oakland, CA 94610.

On June 4, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**Summons;Complaint;Civil Case Cover Sheet; All Standing Orders; ECF Information Sheet; Notice of Case Assignment to a Magistrate Judge; Court Information**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

**SUI SONG**
**1650 13TH AVE**
**OAKLAND, CA 94606**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Oakland, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: **109.80**
   Mailed From: **Oakland**
   **Monica Sok**
   **Interceptor Legal Support Service,**
   **Inc**
   **55 Santa Clara Ave., Suite 120**
   **Oakland, CA 94610**
   **(510) 419-3940**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **June 4, 2008**.

Signature: _____
**Monica Sok**

**PROOF OF SERVICE BY MAIL**

Order#: P156951/GProof5