**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738
Attorneys for Plaintiff Wells Fargo Bank, N.A.,
as Trustee of the Clara Poppic Trust

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH G. RENZ; JACKSON R. DENNISON; WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG,<br><br>Defendants. | Case No. C 3:08-CV-2561-EMC<br><br>COMPLAINT FILED: 05/21/08<br>TRIAL DATE: None Set<br><br>STIPULATION TO EXTEND THE TIME FOR DEFENDANT GUAN HUANG TO RESPOND TO COMPLAINT |

Plaintiff, Wells Fargo Bank, N.A., as Trustee of the Clara Poppic Trust ("Plaintiff") and Defendant Guan Huang ("Huang"), hereby stipulate to extend the time for Huang to answer or otherwise respond to the Complaint filed in this action.

///
///
///

---
1
STIPULATION TO EXTEND THE TIME FOR DEFENDANT GUAN HUANG TO RESPOND TO COMPLAINT
Case No. C 3:08-CV-2561-EMC

1    The parties have not previously requested an extension of time for Huang to respond to
2    the Complaint. Huang will now have up to and including July 17, 2008 to file a response.

6    Dated: June 22, 2008

            _____
            GUAN HUANG
            Defendant

10
11   Dated: June 23, 2008                GREBEN & ASSOCIATES

            _____
            JAN A. GREBEN
            JENNA L. MOTOLA
            Attorneys for Plaintiff Wells Fargo Bank, N.A.,
            as Trustee of the Clara Poppic Trust