| | | POS-010 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>**GREBEN & ASSOCIATES**<br>Jan A. Greben, (SBN: 103464)<br>1231 State Street, Suite 200 Santa Barbara, CA 93101<br>TELEPHONE NO.: **(805) 963-9090** FAX NO.(Optional): **(805) 963-9098**<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br>STREET ADDRESS: **450 Golden Gate Avenue**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **San Francisco, CA 94102**<br>BRANCH NAME: **Northern** | | |
| PLAINTIFF/PETITIONER: **WELLS FARGO BANK, N.A., as Trustee for the Clara Poppic Trust**<br>DEFENDANT/RESPONDENT: **KENNETH G. RENZ JACKSON R. et al** | CASE NUMBER:<br>**CV 08 2561** | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**POPPIC TRUST** | |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* **Civil Case Cover Sheet; All Standing Orders; ECF Information Sheet; Notice of Case Assignment to a Magistrate Judge; Court Information**
3. a. Party served *(specify name of party as shown on documents served):*
   **WON JAE YI aka MICHAEL YI**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*

4. Address where the party was served: **14 SHANNON CIRCLE**
   **ALAMEDA, CA 94502**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **06/05/2008** (2) at *(time):* **05:53 pm**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

---

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS010-1/P156952

| PLAINTIFF/PETITIONER: WELLS FARGO BANK, N.A., as Trustee for the Clara Poppic Trust | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: KENNETH G. RENZ JACKSON R. et al | CV 08 2561 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
        ☐ other:

7. **Person who served papers**
   a. Name: **Granville Smith**
   b. Address: **55 Santa Clara Ave., Suite 120 Oakland, CA 94610**
   c. Telephone number: **(510) 419-3940**
   d. **The fee** for service was: **$ 55.00**
   e. I am:
       (1) ☐ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☒ registered California process server:
           (i) ☐ owner    ☐ employee    ☒ independent contractor.
           (ii) Registration No.: **1014**
           (iii) County: **Alameda**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: **06/10/2008**

**Interceptor Legal Support Service, Inc**
**55 Santa Clara Ave., Suite 120**
**Oakland, CA 94610**
**(510) 419-3940**

<u>Granville Smith</u>
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      ▶ *(signature)* (SIGNATURE)