JAN A. GREBEN, ESQ. (SBN 103464 -- Jan@GrebenLaw.com)
JENNA L. MOTOLA, ESQ. (SBN 246738 -- Jenna@GrebenLaw.com)
GREBEN & ASSOCIATES
1332 Anacapa Street, Suite 110
Santa Barbara, CA 93101
Telephone: 805-963-9090
Facsimile: 805-963-9098

Attorneys for Plaintiff
WELLS FARGO BANK, N.A., AS TRUSTEE OF THE CLARA POPPIC TRUST


FRED M. BLUM, ESQ. (SBN 101586 -- FBlum@bmeblaw.com)
JOSEPH B. ADAMS, ESQ. (SBN 194964 -- JAdams@bmeblaw.com)
JONATHAN MEISLIN, ESQ. (SBN 243523 -- JMeislin@bmeblaw.com)
BASSI, MARTINI, EDLIN & BLUM LLP
351 California Street, Suite 200
San Francisco, CA 94104
Telephone:    (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant KAZUKO UMSTEAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RENZ, et al.,<br><br>    Defendants. | Case No. CV 08 2561 EMC<br><br>**STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |

47614

1

**STIPULATION EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT**

1  IT IS HEREBY STIPULATED, by the parties herein, by and through their attorneys of
2  record, as follows:
3  The deadline for Defendant KAZUKO UMSTEAD ("DEFENDANT") to respond to the
4  Complaint filed by Plaintiff WELLS FARGO BANK, AS TRUSTEE FOR THE CLARA
5  POPPIC TRUST ("PLAINTIFF") is hereby extended for a period of thirty-days.
6  DEFENDANT's responsive pleading is now due on or before July 23, 2008.

8  IT IS SO STIPULATED.

10  Dated: June 23, 2008    BASSI, MARTINI, EDLIN & BLUM LLP

12  By: _____
            JONATHAN ERIC MEISLIN
13          Attorneys for Defendant
            KAZUKO UMSTEAD

15  Dated: June 24, 2008    GREBEN & ASSOCIATES

17  By: _____
            JAN A. GREBEN
18          JENNA L. MOTOLA
            Attorneys for Plaintiff
19          WELLS FARGO BANK, TRUSTEE FOR
            THE CLARA POPPIC TRUST

47614

2

STIPULATION EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT

Re: **Wells Fargo Bank, Trustee of the Clara Poppic Trust v. Renz, et al.**
United States District Court, Northern District Case No. CV 08 2561 EMC

## PROOF OF SERVICE – CCP §1013(a)(3)

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, MARTINI, EDLIN & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date set forth below, I served the within:

**STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

on the following parties:

Jenna Motola, Esq.
Greben & Associates
1231 State Street, Suite 200
Santa Barbara, CA 93101
Telephone:    (805) 963-9090
Facsimile:    (805) 963-9098
*Attorneys for Plaintiffs Wells Fargo Bank, et al.*

__**XX**__ **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

\

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on June 24, 2008, at San Francisco, California.

_____
CHRISTINE GILL

47685

1

PROOF OF SERVICE