| | |
|---|---|
| 1 | **GREBEN & ASSOCIATES** |
| 2 | 1332 ANACAPA STREET, SUITE 110<br>SANTA BARBARA, CA 93101 |
|   | TELEPHONE: (805) 963-9090 |
| 3 | FACSIMILE: (805) 963-9098 |
| 4 | Jan A. Greben, State Bar No. 103464 |
|   | Jenna L. Motola, State Bar No. 246738 |
| 5 | Attorneys for Plaintiff Wells Fargo Bank, N.A., |
|   | as Trustee of the Clara Poppic Trust |
| 6 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST, | **Case No. CV 08 2561 EMC** |
|---|---|
| Plaintiff, | COMPLAINT FILED: 5/21/08<br>TRIAL DATE: None Set |
| vs. | |
| KENNETH G. RENZ; ESTATE OF JACKSON R. DENNISON; ESTATE OF WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG, | **PROOF OF SERVICE** |
| Defendants. | |

///
///
///
///
///
///
///
///

## PROOF OF SERVICE BY EXPRESS MAIL

I, the undersigned, declare:

I am over the age of 18 and not a party to the above-entitled action. My business address is 1332 Anacapa St., Suite 110, Santa Barbara, California 93101.

On the date set forth below, I served the document(s) entitled:

### 1ST AMENDED COMPLAINT

On the parties in this action, by placing a true and correct copy thereof in a sealed envelope or package designated by the express service carrier for overnight delivery, with delivery fees fully paid, addressed as follows:

| | |
|---|---|
| Peter H. Liederman, Esq.<br>LAW OFFICE OF PETER H. LIEDERMAN<br>2444 Russell Street<br>Berkeley, CA 94705 | Attorney for Defendant<br>Kenneth G. Renz |

The above-described document(s) was deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on the party making service.

I declare that I am employed in the office of a member of the State Bar of this Court, at whose direction the above service was made. I also declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on the date hereinafter set forth.

Date: June 24, 2008

_____
Brian Haeberle