Won Jae Yi
2565 Telegraph Avenue
Berkeley, CA 94704
Defendant in Pro Per
Tel)510-848-4221

FILED

C JUN 26 PH 12: 39

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK, N.A. as
TRUSTEE for the CLARA POPPIC
TRUST,

                    Plaintiff,

        vs.

KENNETH G. RENZ; JACKSOON R.
DENNISON; WILEY UMSTEAD;
KAZUKO UMSTEAD; WON JAE YI aka
MICHAEL YI; NAN Y. PARK; GUAN
HUANG; YING ZHANG and SUI SONG,


                    Defendants.

Case No. CV 08 2561 – EMC

**DEFENDANT WON JAE YI'S**

**ANSWER**

Defendant Won Jae Yi ("Yi") for himself only, answers the Complaint of Plaintiff

Wells Fargo Bank ("Plaintiff") as follows:

## JURISDICTION, VENUE AND INTRADISTRICT ASSIGNMENT

1.      Answering Paragraph 1, Yi alleges that he lacks sufficient information to form a

belief as to the truth of the allegations contained therein and on that basis denies each and every

allegation therein contained.

2.      Answering Paragraph 2, Yi alleges that he lacks sufficient information to form a

belief as to the truth of the allegations contained therein and on that basis denies each and every

allegation therein contained.

Defendant Yi's Answer to Plaintiff Wells Fargo Bank

3.    Answering Paragraph 3, Yi admits that this court has jurisdiction of this action pursuant to 28 USC Section 1331. Yi admits that venue is proper in this court pursuant to 28 USC 1391(b).

THE PARTIES

4.    Answering Paragraph 4, Yi admits the allegations therein contained.

5.    Answering Paragraph 5, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

6.    Answering Paragraph 6, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

7.    Answering Paragraph 7, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

8. Answering Paragraph 8, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every

9.    Answering Paragraph 9, Yi admits allegation therein contained.

10.    Answering Paragraph 10, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

11.    Answering Paragraph 11, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

12.    Answering Paragraph 12,  Yi alleges that he lacks sufficient

Defendant Yi's Answer to Plaintiff Wells Fargo Bank

information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

13.    Answering Paragraph 13, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

## GENERAL ALLEGATIONS

14.    Answering Paragraph 14, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

15.    Answering Paragraph 15, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

16.    Answering Paragraph 16, Yi admits the allegation therein contained.

17.    Answering Paragraph 17, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

18.    Answering Paragraph 18, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

19.    Answering Paragraph 19, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

20.

Answering Paragraph 20, Yi alleges that he lacks sufficient information to form a belief

Defendant Yi's Answer to Plaintiff Wells Fargo Bank

1    as to the truth of the allegations contained therein and on that basis denies each and every allega

2    tion therein contained.

3                                    FIRST CLAIM FOR RELIEF

4        21. Yi repleads and incorporates by reference, as if fully set forth again herein, the

5    answers contained in Paragraph 1 through 21 of this Answer, and incorporates them herein as if

6    separately replied.

7
8        22.    Answering Paragraph 22, Yi alleges that he lacks sufficient information to form

9    a belief as to the truth of the allegations contained therein and on that basis denies each and

10   every allegation therein contained.

11       23.    Answering Paragraph 23, Yi alleges that he lacks sufficient information to form

12   a belief as to the truth of the allegations contained therein and on that basis denies each and

13   every allegation therein contained.

14
15       24.    Answering Paragraph 24, Yi alleges that he lacks sufficient information to form

16   a belief as to the truth of the allegations contained therein and on that basis denies each and

17   every allegation therein contained.

18       25. Answering Paragraph 25, Yi alleges that he lacks sufficient information to form a

19   belief as to the truth of the allegations contained therein and on that basis denies each and every

20   allegation therein contained.

21
22       26.  Answering Paragraph 26, Yi alleges that he lacks sufficient information to form a

23   belief as to the truth of the allegations contained therein and on that basis denies each and every

24   allegation therein contained.

25       27. Answering Paragraph 27, Yi alleges that he lacks sufficient information to form a

26   belief as to the truth of the allegations contained therein and on that basis denies each and every

27   allegation therein contained.

28
     Defendant Yi's Answer to Plaintiff Wells Fargo Bank

28. Answering Paragraph 28, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

29. Answering Paragraph 29, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

30. Answering Paragraph 30, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

31. Answering Paragraph 31, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

## SECOND CLAIM FOR RELIEF

32. Yi repleads and incorporates by reference, as if fully set forth again herein, the answers contained in Paragraph 1 through 31 of this Answer, and incorporates them herein as if separately replied.

33. Answering Paragraph 33, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

34. Answering Paragraph 34, Yi alleges that he lacks sufficient information to form a be lief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

35. Answering Paragraph 35, Yi alleges that he lacks sufficient information to form a be lief as to the truth of the allegations contained therein and on that basis denies each and every

Defendant Yi's Answer to Plaintiff Wells Fargo Bank

allegation therein contained.

### THIRD CLAIM FOR RELIEF

36. Yi repleads and incorporates by reference, as if fully set forth again herein, the answ ers contained in Paragraph 1 through 35 of this Answer, and incorporates them herein as if sepa rately replied.

37. Answering Paragraph 37, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

38. Answering Paragraph 38, Yi alleges that he lacks sufficient information to form a be lief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

39. Answering Paragraph 39, Yi alleges that he lacks sufficient information to form a be lief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

40. Answering Paragraph 40, Yi alleges that he lacks sufficient information to form a be lief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

### FOURTH CLAIM FOR RELIEF

41. Yi repleads and incorporates by reference, as if fully set forth again herein, the answ ers contained in Paragraph 1 through 35 of this Answer, and incorporates them herein as if sepa rately replied.

42. Answering Paragraph 42, Yi alleges that he lacks sufficient information to form a be lief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

Defendant Yi's Answer to Plaintiff Wells Fargo Bank

43. Answering Paragraph 43, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

44. Answering Paragraph 44, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

### FIFTH CLAIM FOR RELIEF

45. Yi repleads and incorporates by reference, as if fully set forth again herein, the answers contained in Paragraph 1 through 44 of this Answer, and incorporates them herein as if separately replied.

46. Answering Paragraph 46, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

### SIXTH CLAIM FOR RELIEF

47. Yi repleads and incorporates by reference, as if fully set forth again herein, the answers contained in Paragraph 1 through 44 of this Answer, and incorporates them herein as if separately replied.

48. Answering Paragraph 48, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

49. Answering Paragraph 49, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

50. Answering Paragraph 50, Yi alleges that he lacks sufficient information to form a

Defendant Yi's Answer to Plaintiff Wells Fargo Bank

belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

51. Answering Paragraph 46, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

### SEVENTH CLAIM FOR RELIEF

52.    Yi repleads and incorporates by reference, as if fully set forth again herein, the answers contained in Paragraph 1 through 44 of this Answer, and incorporates them herein as if separately replied.

53. Answering Paragraph 53, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

54. Answering Paragraph 54, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

55. Answering Paragraph 55, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

56. Answering Paragraph 56, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

### EIGHTH CLAIM FOR RELIEF

57.    Yi repleads and incorporates by reference, as if fully set forth again herein, the answers contained in Paragraph 1 through 44 of this Answer, and incorporates them herein as if

Defendant Yi's Answer to Plaintiff Wells Fargo Bank

separately replied.

58. Answering Paragraph 58, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

59. Answering Paragraph 59, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

NINTH CLAIM FOR RELIEF

60. .     Yi repleads and incorporates by reference, as if fully set forth again herein, the answers contained in Paragraph 1 through 44 of this Answer, and incorporates them herein as i f separately replied.

61. Answering Paragraph 61, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

62. Answering Paragraph 62, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

63. Answering Paragraph 63, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

TENTH CLAIM FOR RELIEF

64. Yi repleads and incorporates by reference, as if fully set forth again herein, the answers contained in Paragraph 1 through 44 of this Answer, and incorporates them herein as if separately replied.

Defendant Yi's Answer to Plaintiff Wells Fargo Bank

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

65. Answering Paragraph 65, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

66. Answering Paragraph 63, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

## ELEVENTH CLAIM FOR RELIEF

67. Yi repleads and incorporates by reference, as if fully set forth again herein, the answers contained in Paragraph 1 through 44 of this Answer, and incorporates them herein as if separately replied.

68. Answering Paragraph 68, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

69. Answering Paragraph 69, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

70. Answering Paragraph 70, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

71. Answering Paragraph 71, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

72. Answering Paragraph 72, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and

Defendant Yi's Answer to Plaintiff Wells Fargo Bank

every allegation therein contained.

TWELVETH CLAIM FOR RELIEF

73. Yi repleads and incorporates by reference, as if fully set forth again herein, the answers contained in Paragraph 1 through 44 of this Answer, and incorporates them herein as if separately replied.

74. Answering Paragraph 74, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

75. Answering Paragraph 75, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

76. Answering Paragraph 76, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

77. Answering Paragraph 77, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

78. Answering Paragraph 78, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

THIRTEENTH CLAIM FOR RELIEF

79. Yi repleads and incorporates by reference, as if fully set forth again herein, the answers contained in Paragraph 1 through 44 of this Answer, and incorporates them herein as if separately replied.

Defendant Yi's Answer to Plaintiff Wells Fargo Bank

80. Answering Paragraph 80, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

81. Answering Paragraph 81, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

82. Answering Paragraph 80, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

## FOURTHEEN CLAIM FOR RELIEF

83. Yi repleads and incorporates by reference, as if fully set forth again herein, the answers contained in Paragraph 1 through 44 of this Answer, and incorporates them herein as if separately replied.

84. Answering Paragraph 84, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

85. Answering Paragraph 85, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

86. Answering Paragraph 86, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and every allegation therein contained.

87. Answering Paragraph 87, Yi alleges that he lacks sufficient information to form a belief as to the truth of the allegations contained therein and on that basis denies each and

Defendant Yi's Answer to Plaintiff Wells Fargo Bank

every allegation therein contained.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

As and for a first, separate and affirmative defense to the Complaint, and to each and every claim for relief contained therein, Yi alleges that Plaintiff's Complaint, and each of the purported causes of action contained therein, fails to state facts sufficient to constitute a cause or causes of action against Yi.

## SECOND AFFIRMATIVE DEFENSE

### (Fault of Third Party)

As and for a second, separate and affirmative defense to the Complaint, and to each and every claim for relief contained therein, Yi alleges that if Plaintiff were found damaged it is fault of third party, not Yi.

WHEREFORE, Defendant prays for judgment as follows:

1.    That Plaintiffs take nothing by reason of their complaint.

2.    Costs of Suit

3.    Such other relief as the Court may find just and proper.


Dated: June 24, 2008


Won Jae Yi

Defendant Yi's Answer to Plaintiff Wells Fargo Bank

1

## PROOF OF SERVICE BY MAIL

2

3          I, Jee Soo Kim, declare that I am a citizen of the United States and employed in

4     the County of Alameda, State of California. I am over the age of eighteen years and not

5     a party to the within action. My business address is 1330 Broadway, Suite, Oakland,

6     CA 94612.

7          On the day set forth below I served the within ANSWER, case# CV082561 on

8     the interested parties in this action by placing true copies thereof enclosed in a sealed

9     envelope with first class postage thereon fully prepaid, in the United States Postal

10    Services mail depository at Oakland, California, addressed as follows:

11

12    GREBEN & ASSOCIATES
      1332 Anacapa Street, suite 110
13    Santa Barbara, CA 93101

14          I declare under penalty of perjury and under the laws of the State of California

15    that the foregoing is true and correct. Executed at Oakland, California, on June

16    24, 2008.

17

18    
                                              Jee Soo Kim

19

20

21

22

23

24

25

26

27

28