| | |
|---|---|
| 1 | **GREBEN & ASSOCIATES** |
|   | 1332 ANACAPA STREET, SUITE 110 |
| 2 | SANTA BARBARA, CA 93101 |
|   | TELEPHONE: (805) 963-9090 |
| 3 | FACSIMILE: (805) 963-9098 |

4  Jan A. Greben, State Bar No. 103464
   Jenna L. Motola, State Bar No. 246738
5  Attorneys for Plaintiff Wells Fargo Bank, N.A.,
   as Trustee of the Clara Poppic Trust
6

7

8                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
9

10

| | |
|---|---|
| 11  WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST, | Case No. C 3:08-CV-2561-EMC |
| 12                                    Plaintiff, | COMPLAINT FILED:   05/21/08<br>TRIAL DATE:   None Set |
| 13  vs. | |
| 14  KENNETH G. RENZ; JACKSON R. DENNISON; WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG, | STIPULATION TO EXTEND THE TIME FOR DEFENDANT GUAN HUANG TO RESPOND TO COMPLAINT ; ORDER |
| 17                                    Defendants. | |

23    Plaintiff, Wells Fargo Bank, N.A., as Trustee of the Clara Poppic Trust ("Plaintiff") and

24  Defendant Guan Huang ("Huang"), hereby stipulate to extend the time for Huang to answer or

25  otherwise respond to the Complaint filed in this action.

26  ///
27  ///
28  ///

---
STIPULATION TO EXTEND THE TIME FOR DEFENDANT GUAN HUANG TO RESPOND TO COMPLAINT
Case No. C 3:08-CV-2561-EMC

The parties have not previously requested an extension of time for Huang to respond to the Complaint. Huang will now have up to and including July 17, 2008 to file a response.

Dated: June 22, 2008

_____
GUAN HUANG
Defendant

Dated: June 23, 2008

GREBEN & ASSOCIATES

_____
JAN A. GREBEN
JENNA L. MOTOLA
Attorneys for Plaintiff Wells Fargo Bank, N.A.,
as Trustee of the Clara Poppic Trust

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen (United States District Court, Northern District of California seal)*