1  JAN A. GREBEN, ESQ. (SBN 103464 -- Jan@GrebenLaw.com)
   JENNA L. MOTOLA, ESQ. (SBN 246738 -- Jenna@GrebenLaw.com)
2  GREBEN & ASSOCIATES
   1332 Anacapa Street, Suite 110
3  Santa Barbara, CA 93101
   Telephone: 805-963-9090
4  Facsimile: 805-963-9098

5  Attorneys for Plaintiff
   WELLS FARGO BANK, N.A., AS TRUSTEE OF THE CLARA POPPIC TRUST
6

7  FRED M. BLUM, ESQ. (SBN 101586 -- FBlum@bmeblaw.com)
   JOSEPH B. ADAMS, ESQ. (SBN 194964 -- JAdams@bmeblaw.com)
8  JONATHAN MEISLIN, ESQ. (SBN 243523 -- JMeislin@bmeblaw.com)
   BASSI, MARTINI, EDLIN & BLUM LLP
9  351 California Street, Suite 200
   San Francisco, CA 94104
10 Telephone:   (415) 397-9006
   Facsimile:   (415) 397-1339
11

12 Attorneys for Defendant KAZUKO UMSTEAD

13

14
                   UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17
   WELLS FARGO BANK, N.A., as TRUSTEE  )  Case No. CV 08 2561 EMC
18 for the CLARA POPPIC TRUST,         )
                                       )  **STIPULATION EXTENDING DEADLINE**
19         Plaintiffs,                 )  **FOR DEFENDANT TO RESPOND TO**
                                       )  **THE COMPLAINT** ; ORDER
20    vs.                              )
                                       )
21 RENZ, et al.,                       )
                                       )
22         Defendants.                 )
                                       )
23

47614

1

**STIPULATION EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED, by the parties herein, by and through their attorneys of record, as follows:

The deadline for Defendant KAZUKO UMSTEAD ("DEFENDANT") to respond to the Complaint filed by Plaintiff WELLS FARGO BANK, AS TRUSTEE FOR THE CLARA POPPIC TRUST ("PLAINTIFF") is hereby extended for a period of thirty-days.

DEFENDANT's responsive pleading is now due on or before July 23, 2008.

IT IS SO STIPULATED.

Dated: June 23, 2008  BASSI, MARTINI, EDLIN & BLUM LLP

By: _____
JONATHAN ERIC MEISLIN
Attorneys for Defendant
KAZUKO UMSTEAD

Dated: June 24, 2008  GREBEN & ASSOCIATES

By: _____
JAN A. GREBEN
JENNA L. MOTOLA
Attorneys for Plaintiff
WELLS FARGO BANK, TRUSTEE FOR
THE CLARA POPPIC TRUST

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

2

STIPULATION EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT

Re:  **Wells Fargo Bank, Trustee of the Clara Poppic Trust v. Renz, et al.**
United States District Court, Northern District Case No. CV 08 2561 EMC

## PROOF OF SERVICE – CCP §1013(a)(3)

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, MARTINI, EDLIN & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date set forth below, I served the within:

**STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

on the following parties:

Jenna Motola, Esq.
Greben & Associates
1231 State Street, Suite 200
Santa Barbara, CA 93101
Telephone:    (805) 963-9090
Facsimile:    (805) 963-9098
*Attorneys for Plaintiffs Wells Fargo Bank, et al.*

__XX__  **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

\

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on June 24, 2008, at San Francisco, California.

_____
CHRISTINE GILL

47685

PROOF OF SERVICE