| | |
|---|---|
| **POS-010** | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>**GREBEN & ASSOCIATES**<br>Jan A. Greben, (SBN: 103464)<br>1332 ANACAPA STREET, SUITE 110  Santa Barbara, CA 93101<br>TELEPHONE NO.: **(805) 963-9090**   FAX NO.*(Optional)*: **(805) 963-9098**<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: **450 Golden Gate Avenue**
MAILING ADDRESS:
CITY AND ZIP CODE: **San Francisco, CA 94102**
BRANCH NAME: **Northern**

PLAINTIFF/PETITIONER: **WELLS FARGO BANK, N.A., as Trustee for the Clara Poppic Trust**
DEFENDANT/RESPONDENT: **KENNETH G. RENZ JACKSON R. et al**

CASE NUMBER:
**CV 08 2561 EMC**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
**POPPIC TRUST**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:   **First Amended Summons; First Amended Complaint; Civil Case Cover Sheet; All Standing Orders; ECF Information Sheet; Notice of Case Assignment to a Magistrate Judge; Court Information;**

3. a. Party served *(specify name of party as shown on documents served)*:
   **YING ZHANG**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a)*:

4. Address where the party was served: **213 BRUSH STREET
   ALAMEDA, CA 94501**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **07/02/2008**   (2) at *(time)*: **06:05 pm**

   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*:   from *(city)*:         or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | |
|---|---|
| PLAINTIFF/PETITIONER: **WELLS FARGO BANK, N.A., as Trustee for the Clara Poppic Trust** | CASE NUMBER: **CV 08 2561 EMC** |
| DEFENDANT/RESPONDENT: **KENNETH G. RENZ JACKSON R. et al** | |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                      (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                              ☐ other:

7. **Person who served papers**
   a. Name: **Granville Smith**
   b. Address: **55 Santa Clara Ave., Suite 120  Oakland, CA 94610**
   c. Telephone number: **(510) 419-3940**
   d. The fee for service was: **$ 40.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner     ☐ employee     ☒ independent contractor.
         (ii) Registration No.: **1014**
         (iii) County: **Alameda**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **07/07/2008**

**Interceptor Legal Support Service, Inc**
**55 Santa Clara Ave., Suite 120**
**Oakland, CA 94610**
**(510) 419-3940**

         **Granville Smith**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      ▶ *(signature)*