1  **GREBEN & ASSOCIATES**
   1332 ANACAPA STREET, SUITE 110
2  SANTA BARBARA, CA 93101
   TELEPHONE: (805) 963-9090
3  FACSIMILE: (805) 963-9098

4  Jan A. Greben, State Bar No. 103464
   Jenna L. Motola, State Bar No. 246738
5  Attorneys for Plaintiff Wells Fargo Bank, N.A.,
   as Trustee of the Clara Poppic Trust
6

7

8             UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
9

10

11 WELLS FARGO BANK, N.A., as TRUSTEE     Case No. C 3:08-CV-2561-EMC
   for the CLARA POPPIC TRUST,
                                          COMPLAINT FILED:        05/21/08
12                                        TRIAL DATE:_____None Set
                              Plaintiff,

13 vs.

14 KENNETH G. RENZ; JACKSON R.
   DENNISON; WILEY UMSTEAD;               **STIPULATION TO EXTEND THE TIME**
15 KAZUKO UMSTEAD; WON JAE YI aka         **FOR DEFENDANT YING ZHANG TO**
   MICHAEL YI; NAN Y. PARK; GUAN          **RESPOND TO FIRST AMENDED**
16 HUANG; YING ZHANG and SUI SONG,        **COMPLAINT**

17                            Defendants.

18

19

20

21

22
          Plaintiff, Wells Fargo Bank, N.A., as Trustee of the Clara Poppic Trust ("Plaintiff") and
23
   Defendant Ying Zhang ("Zhang"), hereby stipulate to extend the time for Zhang to answer or
24
   otherwise respond to the First Amended Complaint filed in this action.
25
   ///
26
   ///
27
   ///
28

                                              1
   STIPULATION TO EXTEND THE TIME FOR DEFENDANT YING ZHANG TO RESPOND TO FIRST
              AMENDED COMPLAINT Case No. C 3:08-CV-2561-EMC

1  The parties have not previously requested an extension of time for Zhang to respond to
2  the First Amended Complaint. Zhang will now have up to and including July 24, 2008 to file a
3  response.

7  Dated: July ____, 2008

    YING ZHANG
    Defendant

11 Dated: July 11, 2008          GREBEN & ASSOCIATES

                                 [signature]

                                 JAN A. GREBEN
                                 JENNA L. MOTOLA
                                 Attorneys for Plaintiff Wells Fargo Bank, N.A.,
                                 as Trustee of the Clara Poppic Trust

1  The parties have not previously requested an extension of time for Zhang to respond to
2  the First Amended Complaint. Zhang will now have up to and including July 24, 2008 to file a
3  response.

7  Dated: July 9, 2008

_____Zhang Ying_____
YING ZHANG
Defendant

11
12  Dated: July ___, 2008                GREBEN & ASSOCIATES

14  _____
15  JAN A. GREBEN
    JENNA L. MOTOLA
16  Attorneys for Plaintiff Wells Fargo Bank, N.A.,
    as Trustee of the Clara Poppic Trust

---

2

STIPULATION TO EXTEND THE TIME FOR DEFENDANT YING ZHANG TO RESPOND TO FIRST
AMENDED COMPLAINT Case No. C 3:08-CV-2561-EMC