**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738
Attorneys for Plaintiff Wells Fargo Bank, N.A.,
as Trustee of the Clara Poppic Trust

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH G. RENZ; JACKSON R. DENNISON; WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG,<br><br>Defendants. | Case No. C 3:08-CV-2561-EMC<br><br>COMPLAINT FILED: 05/21/08<br>TRIAL DATE: None Set<br><br>STIPULATION TO EXTEND THE TIME FOR DEFENDANT YING ZHANG TO RESPOND TO FIRST AMENDED COMPLAINT ; ORDER |

Plaintiff, Wells Fargo Bank, N.A., as Trustee of the Clara Poppic Trust ("Plaintiff") and Defendant Ying Zhang ("Zhang"), hereby stipulate to extend the time for Zhang to answer or otherwise respond to the First Amended Complaint filed in this action.

///

///

///

1
STIPULATION TO EXTEND THE TIME FOR DEFENDANT YING ZHANG TO RESPOND TO FIRST AMENDED COMPLAINT Case No. C 3:08-CV-2561-EMC

1       The parties have not previously requested an extension of time for Zhang to respond to
2 the First Amended Complaint. Zhang will now have up to and including July 24, 2008 to file a
3 response.

4

5

6

7 Dated: July ____, 2008

8

9                                                   YING ZHANG
                                                  Defendant

10

11

12 Dated: July __, 2008                 GREBEN & ASSOCIATES

13

14                                                 JAN A. GREBEN
15                                                 JENNA L. MOTOLA
                                                Attorneys for Plaintiff Wells Fargo Bank, N.A.,
16                                                 as Trustee of the Clara Poppic Trust

17

18

19

20

21

22

23

24

25

26

27

28

1  The parties have not previously requested an extension of time for Zhang to respond to
2  the First Amended Complaint. Zhang will now have up to and including July 24, 2008 to file a
3  response.

7  Dated: July 9, 2008                    *Zhang Ying* (signature)

   YING ZHANG
   Defendant

11 Dated: July ___, 2008                  GREBEN & ASSOCIATES

   _____

   JAN A. GREBEN
   JENNA L. MOTOLA
   Attorneys for Plaintiff Wells Fargo Bank, N.A.,
   as Trustee of the Clara Poppic Trust

18 IT IS SO ORDERED.

   _____
   Edward M. Chen
   U.S. Magistrate Judge

   [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]

---

2

STIPULATION TO EXTEND THE TIME FOR DEFENDANT YING ZHANG TO RESPOND TO FIRST
AMENDED COMPLAINT Case No. C 3:08-CV-2561-EMC