Law Office of
Peter H. Liederman SB No. 201103
2444 Russell St.
Berkeley CA 94705
510-681-6916 voice
510-681-6916 facsimile
berkeleylawfirm@gmail.com
Attorney for Kenneth G. Renz
and Estate of Dennison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK, N.A., as
TRUSTEE for the CLARA POPPIC TRUST

      Plaintiff(s),

v.

KENNETH G. RENZ; ESTATE OF
JACKSON R. DENNISON; ESTATE OF
WILEY UMSTEAD;
KAZUKO UMSTEAD; WON JAE YI aka
MICHAEL YI; NAN Y. PARK; GUAN
HUANG; YING ZHANG and SUI SONG,

      Defendant(s).

Case No. _CV08-2561 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 7/11/08

Peter H. Liederman
Counsel for:
Kenneth G. Renz
Estate of Jackson R. Dennison, defendants