AO 440 (Rev. 02/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>NAN YOUNG PARK</u>, by:

(1) personally delivering a copy of each to the individual at this place, <u>1462 Willowbend Way Beaumont, Ca. 92223</u>; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ <u>75.00</u>    for travel and $ <u>23.00</u>    for services, for a total of $ <u>98.00</u>    .

Personal Service was made on July 08, 2008 at 11:35pm.

Date: <u>July 08, 2008</u>

_____
Server's signature

Michael J. DiVita
<u>Registered California Process</u> Server
Printed name and title

Michael J. DiVita
The Justice Connection
Post Office Box 1492
Banning, California 92220
(877) 45-JUSTICE
(877) 85-JUSTICE - fax
www.SmallClaimsHelp.com

Registered California Process Server
Riverside County #713