PETER H. LIEDERMAN  SB NO. 201103
**2444 Russell St.**
**Berkeley CA 94705-2038**
**Voice:  510-681-6916**
**Facsimile:  510-540-6390**
*berkeleylawfirm@gmail.com*
Attorney for Kenneth G. Renz, Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST<br><br>Plaintiff,<br><br>vs.<br>KENNTH G. RENZ; JACKSON R. DENNISON; WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG,<br><br>Defendant | Case No.: No. CV 08- 2561 EMC<br>Hon. Edward M. Chen<br><br>Complaint filed:  May 21, 2008<br>Trial Date:   Not Set |

CERTIFICATE OF SERVICE

Proof of Service attached.

Dated:  7/15/08
LAW OFFICE OF PETER H. LIEDERMAN

BY____/s/_____
Peter H. Liederman,
Attorney for Kenneth G. Renz

1

2                                    **PROOF OF SERVICE**

3   **In the matter of Wells Fargo Bank/Poppic Trust v. Renz et al CV 08-2561 EMC**

4           I, Lara Hilder, declare as follows:

5           I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed by a licensed member of the California State Bar at 2444
6   Russell St., Berkeley CA 94705.

7           On July 14, 2008, I served the attached:

8   **Notice of Motion and Motion to Dismiss**

9   addressed to:

10  Jan Adam Greben                    Attorney for Wells Fargo Bank as Trustee for Poppic Trust
    Greben & Associates
11  1332 Anacapa St., Suite 110
    Santa Barbara, CA 93101
12
    Won Jae Yi
13  2565 Telegraph Avenue
    Berkeley, CA 94704
14
    Ying Zhang
15  213 Brush St
    Alameda CA 94501
16
    Sui Song
17  1650 13th Ave.
    Oakland CA 94606
18
    Fred M. Blum,                      Attorney for Kazuko Umstead
19  Bassi Martini Edlin & Blum LLP
    351 California Street
20  Suite 200
    San Francisco, CA 94104
21

22  and served the named document in the manner indicated below:

23
    ❑       **BY MAIL:** I am familiar with the practices of the U.S. Postal Service, and I caused true
24          and correct copies of the above documents, by following ordinary business practices, to be
            placed and sealed in envelopes(s) addressed to the addressees, at an office of the U.S.
25          Postal Service in Berkeley, California, for collection and mailing by first class mail with the
            United States Postal Service for collection the **same** business day.
26

27
                                            /s/ Lara Hilder
28                                          _____
                                            LARA HILDER

1

2                              **PROOF OF SERVICE**

3   **In the matter of Wells Fargo Bank/Poppic Trust v. Renz et al CV 08-2561 EMC**

4          I, Lara Hilder, declare as follows:

5          I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed by a licensed member of the California State Bar at 2444
6   Russell St., Berkeley CA 94705.

7          On July 15, 2008, I served the attached:

8   **Notice of Motion and Motion to Dismiss**

9   addressed to:

10  Nan Young Park
    1462 Willowbend Way
11  Beaumont CA 92223

12  and served the named document in the manner indicated below:

13
    ❑      **BY MAIL:** I am familiar with the practices of the U.S. Postal Service, and I caused true
14         and correct copies of the above documents, by following ordinary business practices, to be
           placed and sealed in envelopes(s) addressed to the addressees, at an office of the U.S.
15         Postal Service in Berkeley, California, for collection and mailing by first class mail with the
           United States Postal Service for collection the **same** business day**.**
16

17

18                    _____
                              LARA HILDER
19

20

21

22

23

24

25

26

27

28