1  Won Jae Yi
   2565 Telegraph Avenue
2  Berkeley, CA  94704
   Defendant in Pro Per
3  Tel)510-848-4221



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST | Case No.: No. CV 08- 2561 EMC<br>Hon. Edward M. Chen |
|---|---|
| Plaintiff, | Complaint filed: May 21, 2008<br>Trial Date: Not Set |
| vs.<br>KENNETH G. RENZ; ESTATE OF JACKSON R. DENNISON; ESTATE OF WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG, | STIPULATION OF JOINDER IN RULE 12(b) MOTION<br><br>Hearing Date: August 20, 2008<br>Hearing Time: 10:30<br>Hearing Dept: C |
| Defendant | |

The parties whose signatures appear below stipulate to the following matters:

1.     The complaint in the action names defendants KENNTH G. RENZ, KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG, and SUI SONG, and the Estates of JACKSON R. DENNISON and the estate of WILEY UMSTEAD.

1  2.   On July 10, 2008, KENNETH J. RENZ filed and served a motion to dismiss this action
2  on the ground that the court lacks subject matter jurisdiction over the matters asserted in the
3  complaint because it failures to provide statutory notice for the one Federal Cause of Action.
4
5  3.  _____WINJAE YI_____, the Defendant submitting this stipulation,
6  will be deemed to have joined in the motion filed by KENNETH G. RENZ as of the date that the
7  motion to dismiss was filed and served, the same as if they had filed and served identical
8  motions.
9  4. The time afforded the undersigned Defendant(s) for filing a responsive pleading to the
10 complaint will be extended by this joinder in KENNETH RENZ's motion to the same degree and
11 extent that time has been extended under Rule 12(a)(4) for RENZ by virtue of his filing and
12 serving his motion to dismiss.

Dated:

BY _____
   WINJAE YI
   Defendant