1

**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
2        SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
3        FACSIMILE: (805) 963-9098

4   Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738
5   Attorneys for Plaintiff Wells Fargo Bank, N.A.,
as Trustee of the Clara Poppic Trust

6

7                UNITED STATES DISTRICT COURT
8                NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST, | **Case No. CV 08 2561 EMC** |
| Plaintiff, | COMPLAINT FILED:                5/21/08<br>TRIAL DATE:                    None Set |
| vs. | |
| KENNETH G. RENZ; ESTATE OF JACKSON R. DENNISON; ESTATE OF WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG, | **PROOF OF SERVICE** |
| Defendants. | |

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

## PROOF OF SERVICE BY U.S. MAIL

I, the undersigned, declare:

I am over the age of 18 and not a party to the above-entitled action. My business address is 1332 Anacapa St., Suite 110, Santa Barbara, California 93101.

On the date set forth below, I served the document(s) entitled:

## REPLY TO DEFENDANT GUAN HUANG'S COUNTERCLAIMS

On the parties in this action, by placing a true and correct copy thereof in a sealed envelope, addressed as set forth below:

| Won Jae Yi<br>2565 Telegraph Ave.<br>Berkeley, CA 94704 | Defendant in Pro Per |
| --- | --- |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully paid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit indicated in the affidavit.

I declare that I am employed in the office of a member of the State Bar of this Court, at whose direction the above service was made. I also declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on the date hereinafter set forth.

Date: July 28, 2008

*Christine Barber*

Christine Barber