**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738
Attorneys for Plaintiff Wells Fargo Bank, N.A.,
as Trustee of the Clara Poppic Trust

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH G. RENZ; ESTATE OF JACKSON R. DENNISON; ESTATE OF WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG,<br><br>Defendants.<br><br>And Related Counterclaim. | Case No. CV 08 2561 EMC<br><br>COMPLAINT FILED: 5/21/08<br>TRIAL DATE: None Set<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS KENNETH G. RENZ AND THE ESTATE OF JACKSON R. DENNISON'S MOTION TO DISMISS**<br><br>DATE: AUGUST 20, 2008<br>TIME: 10:30 A.M.<br>DEPARTMENT: C |

The motion of Defendants Kenneth G. Renz and the Estate of Jackson R. Dennison (collectively "Defendants") to dismiss Plaintiff Wells Fargo Bank, N.A., as Trustee of the Clara Poppic Trust's complaint for lack of subject matter jurisdiction came on for hearing before this Court, Jan A. Greben, Esq. appearing for Plaintiff and Peter Liederman, Esq. appearing for Defendants. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendants' motion to dismiss for lack

1

1  of subject matter jurisdiction is denied.

2

3  DATED: _____                    _____

4                                            The Honorable Edward M. Chen
                                             U.S. Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28