UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Wells Fargo Bank, N.A., as Trustee
for the Clara Poppic Trust
    Plaintiff(s),

CASE NO. CV 08 2561 EMC

Kenneth G. Renz, et al.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

    Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
   Non-binding Arbitration (ADR L.R. 4)
   X Early Neutral Evaluation (ENE)  (ADR L.R. 5)
   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
   Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
   X the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

   other requested deadline _____

Dated: 8/1/08

Dated: 8/6/08

Attorney for Plaintiff
Jame Molola for
Karl Morthole
Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other

IT IS SO ORDERED.


Dated:_____               _____

                                              UNITED STATES MAGISTRATE JUDGE

**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738
Attorneys for Plaintiff Wells Fargo Bank, N.A.,
as Trustee of the Clara Poppic Trust

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH G. RENZ; ESTATE OF JACKSON R. DENNISON; ESTATE OF WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG,<br><br>Defendants. | **Case No. CV 08 2561 EMC**<br><br>COMPLAINT FILED: 5/21/08<br>TRIAL DATE: None Set<br><br>**PROOF OF SERVICE** |

///
///
///
///
///
///
///
///

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY U.S. MAIL** |
| 2 | I, the undersigned, declare: |
| 3 | I am over the age of 18 and not a party to the above-entitled action. My business address is 1332 Anacapa St., Suite 110, Santa Barbara, California 93101. |
| 4 | |
| 5 | On the date set forth below, I served the document(s) entitled: |
| 6 | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 7 | |
| 8 | On the parties in this action, by placing a true and correct copy thereof in a sealed envelope, addressed as set forth below: |

| Won Jae Yi<br>2565 Telegraph Ave.<br>Berkeley, CA 94704 | Defendant in Pro Per |
|---|---|

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully paid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit indicated in the affidavit.

I declare that I am employed in the office of a member of the State Bar of this Court, at whose direction the above service was made. I also declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on the date hereinafter set forth.

Date: August 6, 2008

_____
Brian Haeberle

2
PROOF OF SERVICE
Case No. CV 08 2561 EMC