**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738
Attorneys for Plaintiff Wells Fargo Bank, N.A.,
as Trustee of the Clara Poppic Trust

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH G. RENZ; ESTATE OF JACKSON R. DENNISON; ESTATE OF WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG,<br><br>Defendants. | Case No. CV 08 2561 SBA<br><br>COMPLAINT FILED:  5/21/08<br>TRIAL DATE:  None Set<br><br>**DECLARATION OF JENNA L. MOTOLA, ESQ. IN SUPPORT OF REQUEST TO ENTER DEFAULT OF NAN YOUNG PARK** |

I, Jenna L. Motola, declare:

1. I am an attorney at law, duly licensed to practice before each superior court in the state of California and admitted to practice in the Northern District of California, and am an associate attorney with Greben & Associates, attorneys of record for Plaintiff Wells Fargo Bank, N.A., as Trustee of the Clara Poppic Trust. I make this declaration based upon my own personal knowledge. If called to testify, I could and would competently testify to each matter set forth herein.

2. Attached as Exhibit "A" and incorporated herein by this reference is a copy of the Proof of Service of Summons for Nan Young Park filed on July 14, 2008.

3. On July 23, 2008, I sent a letter to Nan Young Park. Attached hereto as Exhibit "B" and incorporated herein by this reference is a copy of this letter.

4. As of today's date, no responsive pleading has been filed by Nan Young Park.

5. Upon information and belief, Nan Young Park is neither a minor nor an incompetent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 7, 2008, in Santa Barbara, California.

*[signature]*

JENNA L. MOTOLA

# EXHIBIT "A"

AO 440 (Rev. 03/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on __NAN YOUNG PARK__,
by:

(1) personally delivering a copy of each to the individual at this place, 1462 Willowbend Way
Beaumont, Ca. 92223 ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __75.00__ for travel and $ __23.00__ for services, for a total of $ __98.00__.

Personal Service was made on July 08, 2008 at 11:35pm.

Date: __July 08, 2008__                                 _____
                                                        Server's signature
                                                        Michael J. DiVita
                                                        Registered California Process Server
                                                        Printed name and title

Michael J. DiVita
The Justice Connection
Post Office Box 1492
Banning, California 92220
(877) 45-JUSTICE
(877) 85-JUSTICE - fax
www.SmallClaimsHelp.com

Registered California Process Server
Riverside County #713

# EXHIBIT "B"

# GREBEN & ASSOCIATES
ATTORNEYS AT LAW

JAN ADAM GREBEN
jan@grebenlaw.com

JENNA L. MOTOLA
jenna@grebenlaw.com

ARLINGTON COURT
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CALIFORNIA 93101
TELEPHONE   805-963-9090
FACSIMILE   805-963-9098

SACRAMENTO
WELLS FARGO CENTER
400 CAPITOL MALL, SUITE 1100
SACRAMENTO, CALIFORNIA 95814
TELEPHONE   916.447.4450
FACSIMILE   916.447.2414

July 23, 2008

**VIA U.S. MAIL**

Nan Young Park
1462 Willowbend Way
Beaumont, CA 92223

Re:   **Wells Fargo v Renz et al**
      **Case No.: CV 082561 EMC**

Dear Nan Young Park,

This letter is to advise you that your answer to the first amended complaint of Wells Fargo Bank, as trustee of the Clara Poppic Trust, in the above referenced matter, was due on July 18, 2008. We have attached a copy of the first amended complaint for your reference. If no answer is filed with the Court by July 30, 2008, we will have no choice but to enter your default in this matter. If you should have any questions, feel free to contact us.

Sincerely,

Jenna L. Motola
GREBEN & ASSOCIATES

JLM/bh
Enclosure