**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738
Attorneys for Plaintiff Wells Fargo Bank, N.A.,
as Trustee of the Clara Poppic Trust

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH G. RENZ; ESTATE OF JACKSON R. DENNISON; ESTATE OF WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG,<br><br>Defendants.<br><br>And Related Counterclaim. | **Case No. CV 08 2561 SBA**<br><br>COMPLAINT FILED: 5/21/08<br>TRIAL DATE: None Set<br><br>**REQUEST TO ENTER DEFAULT OF YING ZHANG** |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiff Wells Fargo Bank, N.A., as Trustee for the Clara Poppic Trust ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Ying Zhang ("Zhang") on the ground that said defendant has failed respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the First Amended Complaint on Zhang on July 7, 2008, evidenced by the proof of service of summons on file with this Court. [Motola Dec. Ex. "A"]. On July 11, 2008, Plaintiff and Zhang

1
REQUEST TO ENTER DEFAULT OF YING ZHANG-Case No. CV 08 2561 SBA

1 stipulated to extend Zhang's time to file a responsive pleading. [Motola Dec. Ex. "B"].
2 Accordingly, Zhang's responsive pleading was due on July 24, 2008.  As of today's date, Zhang
3 has failed to answer.  [Motola Dec. ¶ 5].
4     The above stated facts are set forth in the accompanying declaration of Jenna L. Motola,
5 Esq., filed herewith.

8 Dated: August 7, 2008          GREBEN & ASSOCIATES

                                 *(signature)*
                                 JAN A. GREBEN
                                 JENNA L. MOTOLA
                                 Plaintiff Wells Fargo Bank, N.A.,
                                 as Trustee of the Clara Poppic Trust