**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738
Attorneys for Plaintiff Wells Fargo Bank, N.A.,
as Trustee of the Clara Poppic Trust

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH G. RENZ; ESTATE OF JACKSON R. DENNISON; ESTATE OF WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG,<br><br>Defendants. | **Case No. CV 08 2561 SBA**<br><br>COMPLAINT FILED:  5/21/08<br>TRIAL DATE:  None Set<br><br>**DECLARATION OF JENNA L. MOTOLA, ESQ. IN SUPPORT OF REQUEST TO ENTER DEFAULT OF YING ZHANG** |

I, Jenna L. Motola, declare:

1. I am an attorney at law, duly licensed to practice before each superior court in the state of California and admitted to practice in the Northern District of California, and am an associate attorney with Greben & Associates, attorneys of record for Plaintiff Wells Fargo Bank, N.A., as Trustee of the Clara Poppic Trust. I make this declaration based upon my own personal knowledge. If called to testify, I could and would competently testify to each matter set forth herein.

2. Attached as Exhibit "A" and incorporated herein by this reference is a copy of the Proof of Service of Summons for Ying Zhang filed on July 10, 2008.

1
DECLARATION OF JENNA L. MOTOLA, ESQ.
IN SUPPORT OF REQUEST TO ENTER DEFAULT OF YING ZHANG- Case No. CV 08 2561 SBA

3.  On July 11, 2008, Plaintiff and Ying Zhang stipulated to extend Ying Zhang's time to respond up to and including July 24, 2008. Attached hereto as Exhibit "B" and incorporated herein by this reference is a copy of the Stipulation to Extend the Time for Defendant Ying Zhang to Respond to First Amended Complaint; Order signed by Judge Chen on July 11, 2008.

4.  On July 28, 2008, I sent a letter to Ying Zhang. Attached hereto as Exhibit "C" and incorporated herein by this reference is a copy of this letter.

5.  As of today's date, no responsive pleading has been filed by Ying Zhang.

6.  Upon information and belief, Ying Zhang is neither a minor nor an incompetent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 7, 2008, in Santa Barbara, California.

*[signature]*

JENNA L. MOTOLA

# EXHIBIT "A"

POS-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*:<br>**GREBEN & ASSOCIATES**<br>Jan A. Greben, (SBN: 103464)<br>1332 ANACAPA STREET, SUITE 110  Santa Barbara, CA 93101<br>TELEPHONE NO.: **(805) 963-9090**   FAX NO. *(Optional)*: **(805) 963-9098**<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | *FOR COURT USE ONLY* |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: **450 Golden Gate Avenue**
MAILING ADDRESS:
CITY AND ZIP CODE: **San Francisco, CA 94102**
BRANCH NAME: **Northern**

PLAINTIFF/PETITIONER: **WELLS FARGO BANK, N.A., as Trustee for the Clara Poppic Trust**
DEFENDANT/RESPONDENT: **KENNETH G. RENZ JACKSON R. et al**

CASE NUMBER: **CV 08 2561 EMC**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: **POPPIC TRUST**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:   **First Amended Summons; First Amended Complaint; Civil Case Cover Sheet; All Standing Orders; ECF Information Sheet; Notice of Case Assignment to a Magistrate Judge; Court Information;**

3. a. Party served *(specify name of party as shown on documents served)*:
   **YING ZHANG**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a)*:

4. Address where the party was served: **213 BRUSH STREET
   ALAMEDA, CA 94501**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **07/02/2008**   (2) at *(time)*: **06:05 pm**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*:   or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]
PROOF OF SERVICE OF SUMMONS
Code of Civil Procedure, § 417.10
POS010-1/P158065

| | |
|---|---|
| PLAINTIFF/PETITIONER: **WELLS FARGO BANK, N.A., as Trustee for the Clara Poppic Trust** | CASE NUMBER: **CV 08 2561 EMC** |
| DEFENDANT/RESPONDENT: **KENNETH G. RENZ JACKSON R. et al** | |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*  (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: **Granville Smith**
   b. Address: **55 Santa Clara Ave., Suite 120  Oakland, CA 94610**
   c. Telephone number: **(510) 419-3940**
   d. The fee for service was: **$ 40.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
          (i) ☐ owner   ☐ employee   ☒ independent contractor.
          (ii) Registration No.: **1014**
          (iii) County: **Alameda**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **07/07/2008**

**Interceptor Legal Support Service, Inc
55 Santa Clara Ave., Suite 120
Oakland, CA 94610
(510) 419-3940**

**Granville Smith**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    ▶ *(signature)*  (SIGNATURE)

# EXHIBIT "B"

**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738
Attorneys for Plaintiff Wells Fargo Bank, N.A.,
as Trustee of the Clara Poppic Trust

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH G. RENZ; JACKSON R. DENNISON; WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG,<br><br>Defendants. | Case No. C 3:08-CV-2561-EMC<br><br>COMPLAINT FILED: 05/21/08<br>TRIAL DATE: None Set<br><br>STIPULATION TO EXTEND THE TIME FOR DEFENDANT YING ZHANG TO RESPOND TO FIRST AMENDED COMPLAINT ; ORDER |

Plaintiff, Wells Fargo Bank, N.A., as Trustee of the Clara Poppic Trust ("Plaintiff") and Defendant Ying Zhang ("Zhang"), hereby stipulate to extend the time for Zhang to answer or otherwise respond to the First Amended Complaint filed in this action.

///
///
///

1
STIPULATION TO EXTEND THE TIME FOR DEFENDANT YING ZHANG TO RESPOND TO FIRST AMENDED COMPLAINT Case No. C 3:08-CV-2561-EMC

1  The parties have not previously requested an extension of time for Zhang to respond to
2  the First Amended Complaint. Zhang will now have up to and including July 24, 2008 to file a
3  response.

4

5

6

7  Dated: July ____, 2008

8
                                              YING ZHANG
9                                             Defendant

10

11
    Dated: July __, 2008                      GREBEN & ASSOCIATES
12

13                                            _____
14
                                              JAN A. GREBEN
15                                            JENNA L. MOTOLA
                                              Attorneys for Plaintiff Wells Fargo Bank, N.A.,
16                                            as Trustee of the Clara Poppic Trust

17

18

19

20

21

22

23

24

25

26

27

28

1   The parties have not previously requested an extension of time for Zhang to respond to
2   the First Amended Complaint. Zhang will now have up to and including July 24, 2008 to file a
3   response.

7   Dated: July 9, 2008                    *zhang ying*

                                           YING ZHANG
                                           Defendant

11  Dated: July ___, 2008                  GREBEN & ASSOCIATES

                                           _____
                                           JAN A. GREBEN
                                           JENNA L. MOTOLA
                                           Attorneys for Plaintiff Wells Fargo Bank, N.A.,
                                           as Trustee of the Clara Poppic Trust

18  IT IS SO ORDERED

    _____
    Edward M. Chen
    U.S. Magistrate Judge



IT IS SO ORDERED
Judge Edward M. Chen

2
STIPULATION TO EXTEND THE TIME FOR DEFENDANT YING ZHANG TO RESPOND TO FIRST
AMENDED COMPLAINT Case No. C 3:08-CV-2561-EMC

# EXHIBIT "C"

# GREBEN & ASSOCIATES
ATTORNEYS AT LAW

| | | |
|---|---|---|
| JAN ADAM GREBEN<br>jan@grebenlaw.com<br><br>JENNA L. MOTOLA<br>jenna@grebenlaw.com | ARLINGTON COURT<br>1332 ANACAPA STREET, SUITE 110<br>SANTA BARBARA, CALIFORNIA 93101<br>TELEPHONE  805-963-9090<br>FACSIMILE  805-963-9098 | SACRAMENTO<br>WELLS FARGO CENTER<br>400 CAPITOL MALL, SUITE 1100<br>SACRAMENTO, CALIFORNIA 95814<br>TELEPHONE  916.447.4450<br>FACSIMILE  916.447.2414 |

July 28, 2008

**VIA U.S. MAIL**

Ying Zhang
213 Brush Street
Alameda, CA, 94501

    Re:    <u>**Wells Fargo v Renz et al**</u>
           **Case No.: CV 08 02561 EMC**

Dear Ying Zhang,

      This letter is to advise you that your answer to the first amended complaint of Wells Fargo Bank, as trustee of the Clara Poppic Trust, in the above referenced matter, was due on July 24, 2008. We have attached a copy of the first amended complaint for your reference. If no answer is filed with the Court by August 1, 2008, we will have no choice but to enter your default in this matter. If you should have any questions, feel free to contact us.

                                    Sincerely,

                                      Jenna Motola
                                      GREBEN & ASSOCIATES

JLM/bh
Enclosure