**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

August 11, 2008

RE:  CV 08-02561 SBA          Wells Fargo Bank N.A.-v- Renz

Default is entered as to **Defendants Nan Young Park and Ying Zhang** on **08/11/2008.**

RICHARD W. WIEKING, Clerk

by: *[signature]*
Jessie Mosley
Case Systems Administrator

NDC TR-4  Rev. 3/89