**PETER H. LIEDERMAN SB NO. 201103**
**2444 Russell St.**
**Berkeley CA 94705-2038**
**Voice: 510-681-6916**
**Facsimile: 510-540-6390**
*berkeleylawfirm@gmail.com*
Attorney for Kenneth G. Renz, and
Estate of Dennison, Defendants.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST<br><br>Plaintiff,<br><br>vs.<br><br>KENNTH G. RENZ; ESTATE OF JACKSON R. DENNISON; ESTATE OF WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG,<br><br>Defendant | Case No.: No. CV 08- 2561 SBA<br>Hon. Saundra Brown Armstrong<br><br>Complaint filed: May 21, 2008<br>Trial Date: Not Set<br><br>RENOTICE OF MOTION<br>TO DISMISS<br><br>Hearing Date: September 16, 2008<br>Hearing Time: 1:00 PM<br>Hearing Dept: Courtroom 3<br>1301 Clay St. Oakland CA. 94612 |

**RENOTICE OF MOTION TO NEW HEARING DATE**

TO ALL ATTORNEYS OF RECORD AND DEFENDANTS IN PROPRIA PERSONA,

NOTICE IS HEREBY GIVEN OF RESCHEDULING OF HEARING DATE AND

REASSIGNMENT AND RE-LOCATION OF MOTION TO DISMISS.

    Due to reassignment of the case, the hearing for the MOTION TO DISMISS of Defendant KENNTH G. RENZ, and the Estate of Jackson R. Dennison, previously scheduled for August 20, 2008 at 10:30 AM in Department C at 450 Golden Gate Avenue, San Francisco, before the

1  Hon. Magistrate Edward M. Chen is reset as follows:.  The hearing is <u>re-noticed</u> to **September**
2  **16, 2008, at 1:00 PM.   The motion will be heard before the Hon. Saundra B. Armstrong,**
3  **Courtroom 3, at 1301 Clay Street, Oakland California, 94612**.
4     It is the intent of this re-notice that except with respect to this rescheduling, and
5  reassignment, and relocation, the motion and supporting documents are the same and are
6  incorporated by reference, as are the opposition, joinder of other parties, and reply.

Dated:  August 14, 2008

LAW OFFICE OF PETER H. LIEDERMAN


BY___/s/_____
Peter H. Liederman,
Attorney for Kenneth G. Renz