**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street, Suite 400 South**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking                                                                                          General Court Number
Clerk                                                                                                                    510.637.3530

August 19, 2008

RE:  CV 08-02561 SBA          Wells Fargo Bank N.A.-v- Renz

Default is entered as to **Sui Song** on **08/19/2008.**

 

                                      RICHARD W. WIEKING, Clerk

                                  by _/s/ Jessie Mosley_
                                        Jessie Mosley
                                 Case Systems Administrator

NDC TR-4  Rev. 3/89