**PETER H. LIEDERMAN  SB NO. 201103**
**2444 Russell St.**
**Berkeley CA 94705-2038**
**Voice:  510-681-6916**
**Facsimile:  510-540-6390**
*berkeleylawfirm@gmail.com*
Attorney for Kenneth G. Renz, Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA  OAKLAND

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST<br><br>      Plaintiff,<br><br>     vs.<br><br>KENNTH G. RENZ; ESTATE OF JACKSON R. DENNISON; ESTATE OF WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG<br><br>      Defendants | Case No.: No. CV 08- 2561 SBA<br>Hon. Saudra B. Armstrong<br><br>Complaint filed:  May 21, 2008<br>Trial Date:   Not Set |

CERTIFICATE OF SERVICE

I declare that on the date set forth below, I served the RENOTICE OF MOTION TO NEW HEARING DATE filed with the court August 14, 2008, as document 55 by e-filing on August 14, 2008, and by placing in the U.S. Mail on August 19, 2008 a true and correct copy in a sealed envelope, postage prepaid, addressed as set forth below:

    Won Jae Yi
    2565 Telegraph Ave.
    Berkeley, CA  94704

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date hereinafter set forth.

    Berkeley CA
    Date: 8/19/08
    LAW OFFICE OF PETER H. LIEDERMAN

    BY____/s/_____
    Peter H. Liederman,
    Attorney for Kenneth G. Renz

Certificate of Service - 1 -     Case No. CV08- 2561