1  **GREBEN & ASSOCIATES**
   1332 ANACAPA STREET, SUITE 110
2  SANTA BARBARA, CA 93101
   TELEPHONE: (805) 963-9090
3  FACSIMILE: (805) 963-9098

4  Jan A. Greben, State Bar No. 103464
   Jenna L. Motola, State Bar No. 246738
5

6  Attorneys for Plaintiff Wells Fargo Bank, N.A.,
   as Trustee of the Clara Poppic Trust
7

8

9  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
10

11

| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH G. RENZ; JACKSON R. DENNISON; WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG,<br><br>Defendants. | Case No. C 4:08-CV-2561-SBA<br><br>COMPLAINT FILED:     05/21/08<br>TRIAL DATE:              None Set<br><br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |
|---|---|

**IT IS HEREBY STIPULATED** by and between the undersigned parties, through their respective counsel:

That, pursuant to L.R. 7-12 and the Court's Standing Order, the Case Management Conference in this matter currently scheduled for Thursday, October 2, 2008 at 3:30 p.m. be continued to Wednesday, October 22, 2008 or Thursday, October 23, 2008. Should those dates

1

1  not be convenient for the Court, the parties are also available on Wednesday, October 15, 2008
2  and Thursday, October 16, 2008 in the afternoon.
3
4  **IT IS SO STIPULATED.**
5
6  Dated: August 25, 2008                    GREBEN & ASSOCIATES
7
8                                            _____
                                              JAN A. GREBEN
9                                             JENNA L. MOTOLA
                                              Attorneys for Plaintiff Wells Fargo Bank, N.A.,
10                                            as Trustee of the Clara Poppic Trust
11
12 Dated: August    , 2008                   LAW OFFICE OF PETER H. LIEDERMAN
13
14                                            _____
15                                            PETER H. LIEDERMAN
                                              Attorney for Defendants Kenneth G. Renz and the
                                              Estate of Jackson R. Dennison
16
17
18 Dated: August    , 2008                   BASSI MARTINI EDLIN & BLUM
19                                            _____
20                                            JONATHAN E. MEISLIN
                                              Attorney for Defendant Kazuko Umstead
21
22
23 Dated: August    , 2008                   LAW OFFICE OF KARL MORTHOLE
24                                            _____
25                                            KARL MORTHOLE
                                              Attorney for Defendant Guan Huang
26
27
28

1  not be convenient for the Court, the parties are also available on Wednesday, October 15, 2008
2  and Thursday, October 16, 2008 in the afternoon.
3
4  **IT IS SO STIPULATED.**
5
6  Dated: August ___, 2008                    GREBEN & ASSOCIATES
7
8                                             _____
9                                             JAN A. GREBEN
                                               JENNA L. MOTOLA
10                                             Attorneys for Plaintiff Wells Fargo Bank, N.A.,
                                               as Trustee of the Clara Poppic Trust
11
12 Dated: August 22, 2008                     LAW OFFICE OF PETER H. LIEDERMAN
13                                             _____
14
15                                             PETER H. LIEDERMAN
                                               Attorney for Defendants Kenneth G. Renz and the
16                                             Estate of Jackson R. Dennison
17
18 Dated: August ___, 2008                    BASSI MARTINI EDLIN & BLUM
19                                             _____
20                                             JONATHAN E. MEISLIN
                                               Attorney for Defendant Kazuko Umstead
21
22
23 Dated: August __, 2008                     LAW OFFICE OF KARL MORTHOLE
24                                             _____
25                                             KARL MORTHOLE
                                               Attorney for Defendant Guan Huang
26
27
28

not be convenient for the Court, the parties are also available on Wednesday, October 15, 2008 and Thursday, October 16, 2008 in the afternoon.

**IT IS SO STIPULATED.**

Dated: August ____, 2008                    GREBEN & ASSOCIATES

_____
JAN A. GREBEN
JENNA L. MOTOLA
Attorneys for Plaintiff Wells Fargo Bank, N.A.,
as Trustee of the Clara Poppic Trust

Dated: August ____, 2008                    LAW OFFICE OF PETER H. LIEDERMAN

_____
PETER H. LIEDERMAN
Attorney for Defendants Kenneth G. Renz and the
Estate of Jackson R. Dennison

Dated: August 25, 2008                      BASSI MARTINI EDLIN & BLUM

_____
JONATHAN E. MEISLIN
Attorney for Defendant Kazuko Umstead

Dated: August ____, 2008                    LAW OFFICE OF KARL MORTHOLE

_____
KARL MORTHOLE
Attorney for Defendant Guan Huang

**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738
Attorneys for Plaintiff Wells Fargo Bank, N.A.,
as Trustee of the Clara Poppic Trust

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH G. RENZ; ESTATE OF JACKSON R. DENNISON; ESTATE OF WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG,<br><br>Defendants. | **Case No. CV 08 2561 SBA**<br><br>COMPLAINT FILED:   5/21/08<br>TRIAL DATE:   None Set<br><br>**DECLARATION OF JENNA L. MOTOLA, ESQ. IN SUPPORT OF STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

I, Jenna L. Motola, declare:

1. I am an attorney at law, duly licensed to practice before each superior court in the state of California and admitted to practice in the Northern District of California, and am an associate attorney with Greben & Associates, attorneys of record for Plaintiff Wells Fargo Bank, N.A., as Trustee of the Clara Poppic Trust. I make this declaration based upon my own personal knowledge. If called to testify, I could and would competently testify to each matter set forth herein.

2. Attached as Exhibit "A" and incorporated herein by this reference is a copy of the letter I sent to Peter H. Liederman, Esq., counsel for Kenneth G. Renz, Jonathan E. Meislin, Esq.,

1

counsel for Kazuko Umstead, Karl Morthole, Esq., counsel for Guan Huang, and defendant Won Jae Yi ("Yi") appearing pro se.

3. Mr. Liederman, Mr. Meislin, and Mr. Morthole have stipulated to continue the case management conference.

4. I have received no response from defendant Yi.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 25, 2008, in Santa Barbara, California.

JENNA L. MOTOLA

2

DECLARATION OF JENNA L. MOTOLA, ESQ. IN SUPPORT OF STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE - Case No. CV 08 2561 SBA

# EXHIBIT "A"

# GREBEN & ASSOCIATES
ATTORNEYS AT LAW

| | | |
|---|---|---|
| JAN ADAM GREBEN<br>jan@grebenlaw.com<br><br>JENNA L. MOTOLA<br>jenna@grebenlaw.com | ARLINGTON COURT<br>1332 ANACAPA STREET, SUITE 110<br>SANTA BARBARA, CALIFORNIA 93101<br>TELEPHONE  805-963-9090<br>FACSIMILE   805-963-9098 | SACRAMENTO<br>WELLS FARGO CENTER<br>400 CAPITOL MALL, SUITE 1100<br>SACRAMENTO, CALIFORNIA 95814<br>TELEPHONE  916.447.4450<br>FACSIMILE   916.447.2414 |

August 19, 2008

**VIA FACSIMILE & MAIL**

Peter H. Liederman, Esq.
Law Office of Peter H. Liederman
2444 Russell Street
Berkeley, CA 94705

Jonathan E. Meislin, Esq.
Bassi, Martini, Edlin & Blum
351 California Street, Suite 200
San Francisco, CA 4104

Karl Morthole, Esq.
Law Office of Karl Morthole
57 Post Street, Suite 801
San Francisco, CA 94104

Won Jae Yi
2565 Telegraph Avenue
Berkeley, CA 94704

Re:   **Wells Fargo Bank, Trustee of the Clara Poppic Trust v. Renz, et al
Case No. CV 08 02561**

Dear Counsel and Parties,

The Court has scheduled a Case Management Conference for October 2. Please note that counsel for Plaintiff is conflicted the week of September 29 and October 5, 2008. Accordingly, pursuant to L.R. 7-12 and the Court's Standing Order, we request that you stipulate that the Conference may be moved to one of the following dates: September 24, September 25, October 15, October 16 in the afternoon, October 22 or October 23. The Court would prefer that we provide a range of dates that parties are available, so that the Court may continue the Conference to a date and time that is convenient for it. Accordingly, please advise if you are willing to so stipulate to this change and if you are unavailable for any of those dates. If you are not willing to stipulate, please advise why.

Should we not hear from you by August 22, 2008, we will assume you do not stipulate to our request.

Sincerely,

*Jenna L. Motola*
Jenna L. Motola
GREBEN & ASSOCIATES

JLM/bh