**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738

Attorneys for Plaintiff Wells Fargo Bank, N.A.,
as Trustee of the Clara Poppic Trust

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH G. RENZ; JACKSON R. DENNISON; WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG,<br><br>Defendants. | Case No. C 4:08-CV-2561-SBA<br><br>COMPLAINT FILED: 05/21/08<br>TRIAL DATE: None Set<br><br>**[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that the Case Management Conference, currently scheduled for October 2, 2008 at 3:30 p.m., is continued to _____, 2008 at _____, via telephone. All other dates listed in the Order Setting Initial Case Management Conference remain in effect.

1

1 | Plaintiff's counsel is to set up the conference call with all the parties on the line and call
2 | chambers at (510) 637-3559. (**NO PARTY SHALL CONTACT CHAMBERS DIRECTLY**
3 | **WITHOUT PRIOR AUTHORIZATION OF THE COURT.**)
4 | Plaintiff is directed to serve a copy of this Order at once on all parties to this action in
5 | accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure not enrolled in
6 | the e-filing program. Following service, the party causing the service shall file a certificate of
7 | service with the Clerk of the Court.

12 | Dated: _____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge