1  JOSEPH B. ADAMS, ESQ. (SBN 194964)
   JONATHAN E. MEISLIN, ESQ. (SBN 243523)
2  BASSI, MARTINI, EDLIN & BLUM LLP
   351 California Street, Suite 200
3  San Francisco, CA 94104
   Telephone:    (415) 397-9006
4  Facsimile:    (415) 397-1339

5  Attorneys for Defendant
   KAZUKO UMSTEAD

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | WELLS FARGO BANK, TRUSTEE OF THE ) | Case No. CV 08 2561 SBA
   | CLARA POPPIC TRUST,              ) |
12 |                                  ) | **DEFENDANT KAZUKO UMSTEAD'S**
   |           Plaintiffs,            ) | **INITIAL DISCLOSURES PURSUANT TO**
13 |                                  ) | **FEDERAL RULE OF CIVIL**
   | vs.                              ) | **PROCEDURE 26(a)(1)**
14 |                                  ) |
   |                                  ) |
15 | RENZ, et al.,                    ) | Complaint Filed:   May 21, 2008
   |                                  ) |
16 |           Defendants.            ) | Trial Date:        None Set
   |                                  ) |
17 |_____) |

18

19      Pursuant to Federal Rules of Civil Procedure Rule 26 Defendant KAZUKO UMSTEAD

20 ("UMSTEAD") hereby submits its initial disclosures.

21

22  I.    **Witnesses [Federal Rule of Civil Procedure 26(a)(1)(A)(i)]**

23      The foregoing are the names, addresses, and telephone numbers of witnesses with

24 information relevant to this litigation pursuant to Federal Rules of Civil Procedure Rule

25 26(a)(1)(A)(i):

26

27      1.    Kazuko Umstead, c/o Bassi, Martini, Edlin, and Blum, LLP, 351

28            California St., Suite 200, San Francisco, California 94104; Tel: 415-397-

51130                                      1

DEF. KAZUKO UMSTEAD'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)

9006. Subjects include, but are not limited to UMSTEAD's interest and relationship to the site, operation of the site during a portion of the time a drycleaner operated thereon, and sale of the dry cleaner business which operated there;

2. Guan Huang ("HUANG"), 2683 22nd Street, San Francisco, California 94110; Tel: Unknown. Subjects include, but are not limited to HUANG's interest and relationship to the site, the alleged contamination of the site and other matters related to the purchase, operation and sale of the site and dry cleaner businesses which operated there;

3. Sui Song ("SONG"), 1650 13th Avenue, Oakland, California 94606; Tel: Unknown. Subjects include, but are not limited to SONG's interest and relationship to the site, the alleged contamination of the site and other matters related to the purchase, operation and sale of the site and dry cleaner businesses which operated there;

4. Nan Young Park ("PARK"), 1468 Willowbend Way, Beaumont, California 92223; Tel: Unknown. Subjects include operation and sale of the site and dry cleaner business which operated there;

5. Kenneth G. Renz ("RENZ"), 783 Crossbrook Drive, Moraga, California 94556; Tel: Unknown. Subjects include, but are not limited to RENZ's interest and relationship to the site, the alleged contamination of the site and other matters related to the purchase, operation and sale of the site and dry cleaner businesses which operated there.;

51130

2

DEF. KAZUKO UMSTEAD'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)

6. Won Jae Yi ("WON JAE YI"), 2545 Telegraph Avenue, Berkeley, California 94704; Tel: Unknown. Subjects include, but are not limited to WON JAE YI's interest and relationship to the site, the alleged contamination of the site and other matters related to the purchase, operation and sale of the site and dry cleaner businesses which operated there;

7. Michael Yi ("MICHAEL YI"), 2545 Telegraph Avenue, Berkeley, California 94704; Tel: Unknown. Subjects include, but are not limited to MICHAEL YI's interest and relationship to the site, the alleged contamination of the site and other matters related to the purchase, operation and sale of the site and dry cleaner businesses which operated there;

8. Ying Zhang ("ZHANG"), 213 Brush Street, Alameda, California 94501; Tel: Unknown. Subjects include, but are not limited to ZHANG's interest and relationship to the site, the alleged contamination of the site and other matters related to the purchase, operation and sale of the site and dry cleaner businesses which operated there;

9. Employees and former employees of Plaintiff Wells Fargo Bank, addresses and telephone information known to Plaintiff. Subjects include, but are not limited to Plaintiff's interest and relationship to the site, the alleged contamination of the site and other matters related to the purchase, operation and sale of the site and dry cleaner businesses which operated there;

10. Employees and former employees of environmental consultants retained by Plaintiff. Subjects include the scope and cost of remediation of the alleged contamination and Plaintiff's damages related thereto;

11. Geoffre Fiedler, employee of the city of Berkeley, Toxics Management Division, responsible for project management for the city, 2118 Milvia Street, Berkeley, California 94704; Tel: 510-981-7460. Subjects include, but are not limited to, the investigation and remediation at the site as well as the history of the site;

12. Henry Poppic, who acted as a co-trustee for the Clara Poppic Trust at relevant time periods, address and telephone number unknown. Subjects include, but are not limited to Plaintiff's construction of the building, permitting of the site for a dry cleaner, interest and relationship to the site, the alleged contamination of the site and other matters related to the purchase, operation and sale of the site and dry cleaner businesses which operated there during relevant time periods.; and

13. Employees and former employees of Crocker National Bank, which acted as a co-trustee for the Clara Poppic Trust at relevant time periods, current address and telephone number unknown. Subjects include, but are not limited to Plaintiff's construction of the building, permitting of the site for a dry cleaner, interest and relationship to the site, the alleged contamination of the site and other matters related to the purchase, operation and sale of the site and dry cleaner businesses which operated there during relevant time periods.

## II. Documents [Federal Rule of Civil Procedure 26(a)(1)(A)(ii)]

The foregoing are documents relevant to this litigation pursuant to Federal Rules of Civil Procedure Rule 26(a)(1)(A)(ii):

1. Documents received from the City of Berkeley, including inspection reports of the dry-cleaning business that operated at the site during the relevant time periods;

2. Documents received from the County of Alameda, including construction and permitting documents related to the building, appurtenances, and dry-cleaning business that operated at the site during the relevant time periods; and

3. Lease documents related to the lease of the site during relevant time periods.

Said documents are located at the law offices of Bassi, Martini, Edlin and Blum, LLP, 351 California Street, San Francisco, California 94104; Tel: 415-397-9006. Arrangements will be made upon request either to provide copies of non-protected/non-privileged documents or to make them available for inspection and copying.

## III. Damages [Federal Rule of Civil Procedure 26(a)(1)(A)(iii)]

The foregoing are damages suffered by UMSTEAD relevant to this litigation pursuant to Federal Rules of Civil Procedure Rule 26(a)(1)(A)(iii):

1. Attorneys fees in an amount yet to be determined;

2. General economic and consequential damages of an amount to be determined;

3. Costs of investigation, testing, remediation and clean-up of the contamination on, under, adjacent or downgradient from the site and the surrounding areas in an amount yet to be determined.

### III. Damages [Federal Rule of Civil Procedure 26(a)(1)(A)(iv)]

The foregoing relates to UMSTEAD's insurance pursuant to Federal Rules of Civil Procedure Rule 26(a)(1)(A)(iv):

1. None. Investigation continues.

Date: August 26, 2008                     BASSI, MARTINI, EDLIN & BLUM LLP

By: _____
JONATHAN ERIC MEISLIN
Attorneys for Defendant
KAZUKO UMSTEAD

Re: <u>**Wells Fargo Bank, Trustee of the Clara Poppic Trust v. Renz, et al.**</u>
<u>**United States District Court, Northern District Case No. CV 08 2561 EMC**</u>

## PROOF OF SERVICE – CCP §1013(a)(3)

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, MARTINI, EDLIN & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date executed below, I electronically served the document(s) via ECF, Northern District of California's court's website, described below, on the recipients designated on the Transaction Receipt located on the court's website:

**DEFENDANT KAZUKO UMSTEAD'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

on the following parties:

SEE ECF'S ELECTRONIC SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on August 26, 2008, at San Francisco, California.

_____
CHRISTINE GILL

47685

1

PROOF OF SERVICE