1

2  **PETER H. LIEDERMAN  SB NO. 201103**
   **2444 Russell St.**
3  **Berkeley CA 94705-2038**
   **Voice:  510-681-6916**
4  **Facsimile:  510-540-6390**
5  *berkeleylawfirm@gmail.com*
   Attorney for Kenneth G. Renz, Defendant and
6  for Estate of Dennison

7

8                    UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA  OAKLAND

10 | WELLS FARGO BANK, N.A., as TRUSTEE | Case No.: No. CV 08- 2561 SBA
   | for the CLARA POPPIC TRUST         | Hon. Saundra B. Armstrong
11 |                                    |
   |            Plaintiff,              | Complaint filed:  May 21, 2008
12 |                                    | Trial Date:   Not Set
   |            vs.                     |
13 | KENNETH G. RENZ; ESTATE OF JACKSON |
   | R. DENNISON; ESTATE OF WILEY       |
14 | UMSTEAD; KAZUKO UMSTEAD; WON       |
   | JAE YI aka MICHAEL YI; NAN Y. PARK;|
15 | GUAN HUANG; YING ZHANG and SUI     |
   | SONG                               |
16 |                                    |
17 |            Defendants              |

18                    **CERTIFICATE OF SERVICE**

   I declare that on the date set forth below, I served the attached **DEFENDANT KENNETH G.**
19
   **RENZ'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL**
20
   **PROCEDURE 26(A)(1)**, as document electronically filed August 29, 2008, and by placing in
21
   the U.S. Mail on August 19, 2008 a true and correct copy in a sealed envelope, postage prepaid,
22
   addressed as set forth below:
23

24     Won Jae Yi

25     2565 Telegraph Ave.

Certificate of Service - 1 -    Case No. CV08- 2561

1     Berkeley, CA  94704

2 I declare under penalty of perjury that the foregoing is true and correct and that this declaration

3 was executed on the date hereinafter set forth.

4                                       Berkeley CA
                                      Date:  8/29/08

5                                       LAW OFFICE OF PETER H. LIEDERMAN

6                                       BY____/s/_____
                                      Peter H. Liederman,

7                                       Attorney for Kenneth G. Renz

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25