1

2  PETER H. LIEDERMAN  SB NO. 201103
   **2444 Russell St.**
3  **Berkeley CA 94705-2038**
   **Voice:  510-681-6916**
4  **Facsimile:  510-540-6390**
   *berkeleylawfirm@gmail.com*
5  Attorney for Kenneth G. Renz, Defendant and
   for Estate of Dennison
6

7

8                 UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA  OAKLAND

10 | WELLS FARGO BANK, N.A., as TRUSTEE    | Case No.: No. CV 08- 2561 SBA
   | for the CLARA POPPIC TRUST            | Hon. Saundra B. Armstrong
11 |                                        |
   |        Plaintiff,                     | Complaint filed:  May 21, 2008
12 |                                        | Trial Date:   Not Set
   |        vs.                            |
13 | KENNETH G. RENZ; ESTATE OF JACKSON    |
   | R. DENNISON; ESTATE OF WILEY          |
14 | UMSTEAD; KAZUKO UMSTEAD; WON          |
   | JAE YI aka MICHAEL YI; NAN Y. PARK;   |
15 | GUAN HUANG; YING ZHANG and SUI        |
   | SONG                                  |
16 |                                        |
17 |        Defendants                     |

18                    **CERTIFICATE OF SERVICE**

   I declare that on the date set forth below, I served the attached **DEFENDANT ESTATE OF**
19
   **DENNISON'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL**
20
   **PROCEDURE 26(A)(1)**, as document electronically filed August 29, 2008, and by placing in
21
   the U.S. Mail on August 19, 2008 a true and correct copy in a sealed envelope, postage prepaid,
22
   addressed as set forth below:
23
        Won Jae Yi
24
        2565 Telegraph Ave.
25

Certificate of Service - 1 -    Case No. CV08- 2561

Berkeley, CA  94704

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date hereinafter set forth.

        Berkeley CA
        Date:  8/29/08
        LAW OFFICE OF PETER H. LIEDERMAN

        BY____/s/_____
        Peter H. Liederman,
        Attorney for Kenneth G. Renz