1  **GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
2     SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
3     FACSIMILE: (805) 963-9098

4  Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738
5

6  Attorneys for Plaintiff Wells Fargo Bank, N.A.,
as Trustee of the Clara Poppic Trust
7

8

9              UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
10

11

12  WELLS FARGO BANK, N.A., as TRUSTEE        **Case No. C 4:08-CV-2561-SBA**
for the CLARA POPPIC TRUST,
13                                           COMPLAINT FILED:        05/21/08
                                  Plaintiff,  TRIAL DATE:             None Set
14  vs.

15  KENNETH G. RENZ; JACKSON R.
DENNISON; WILEY UMSTEAD;                     **ORDER CONTINUING THE CASE
16  KAZUKO UMSTEAD; WON JAE YI aka            MANAGEMENT CONFERENCE**
MICHAEL YI; NAN Y. PARK; GUAN
17  HUANG; YING ZHANG and SUI SONG,

18                                Defendants.

19

20

21

22

23

24

25        **IT IS HEREBY ORDERED** that the Case Management Conference, currently

26  scheduled for October 2, 2008 at 3:30 p.m., is continued to October 15, 2008 at3:45 p.m., via

27  telephone.  All other dates listed in the Order Setting Initial Case Management Conference

28  remain in effect.

                                    1

1    The parties shall **meet and confer** prior to the conference and shall prepare a joint Case

2  Management Conference Statement which shall be filed no later than ten (10) days prior to the

3  Case Management Conference that complies with the Standing Order for all Judges of The

4  Northern District of California and the Standing Order of this Court.  Plaintiff(s) shall be

5  responsible for filing the statement as well as for arranging the conference call.  All parties shall

6  be on the line and shall call (510) 637-3559 at the above indicated date and time.

7    Plaintiff is directed to serve a copy of this Order at once on all parties to this action in

8  accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure not enrolled in

9  the e-filing program.  Following service, the party causing the service shall file a certificate of

10  service with the Clerk of the Court.

11

12

13

14

15  Dated: 9/4/08                    _____
                                    HON. SAUNDRA BROWN ARMSTRONG
16                                  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28