Edward R. Hugo [Bar No. 124839]
Roland E. Thé [Bar No. 164510]
Josette D. Johnson [Bar No. 195977]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
NAN YOUNG PARK

RECEIVED
OCT 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A. as TRUSTEE for the CLARA POPPIC TRUST,<br><br>Plaintiff(s),<br><br>vs.<br><br>KENNETH G. RENZ, ESTATE OF JACKSON R. DENNISON; ESTATE OF WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUAN; YING ZHANG and SUI SONG,<br><br>Defendants. | Case No. CV 08 2561 SBA<br><br>STIPULATION AND REQUEST FOR ORDER SETTING ASIDE DEFAULT ENTERED AGAINST NAN YOUNG PARK |

IT IS STIPULATED, by and between plaintiff and defendant Nan Young Park, by and through their attorneys, as follows:

1. The default entered against Nan Young Park on August 11, 2008, shall be set aside for good cause pursuant to Federal Rule Civil Procedure, Rule 55(c). In light of the Court's order of September 17, 2008, granting Plaintiff leave to file a Second Amended Complaint, the default against Nan Young Park shall be set aside pursuant to Rule 5(a)(2) and *D'Angelo v. Potter* (D.Mass 2004) 221 F.R.D 289, on the additional grounds that

BRYDON HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

STIPULATION AND REQUEST FOR ORDER SETTING ASIDE DEFAULT ENTERED AGAINST NAN Y. PARK
Case No. CV 08 2561 EMC

Plaintiff's Second Amended Complaint asserts new and additional claims against defendant.

2. Defendant Nan Young Park shall respond to Plaintiff's Second Amended Complaint no later than 10 days after the Second Amended Complaint is served on defendant Nan Park, through his counsel. In the event that Plaintiff does not file the Second Amended Complaint on or before December 4, 2008, Defendant Nan Young Park shall respond to Plaintiff's First Amended Complaint on or before December 14, 2008.

Dated: October 30, 2008

DONGELL LAWRENCE & FINNEY

By: _____ for Richard Dongell
Richard Dongell
Attorneys for Plaintiff
WELLS FARGO BANK, N.A. as
TRUSTEE for the CLARA POPPIC
TRUST

Dated: October 30, 2008

BRYDON HUGO & PARKER

By: _____
Edward R. Hugo
Roland E. Thé
Josette D. Johnson
Attorneys for Defendans
NAN YOUNG PARK

IT IS SO ORDERED.

Dated 11/4/08

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

STIPULATION AND REQUEST FOR ORDER SETTING ASIDE DEFAULT ENTERED AGAINST NAN Y. PARK
Case No. CV 08 2561 EMC