DONGELL LAWRENCE FINNEY LLP
RICHARD A. DONGELL (SBN 128083)
    rdongell@dlflawyers.com
THOMAS F. VANDENBURG (SBN 163446)
    tvandenburg@dlflawyers.com
IAN P. CULVER (SBN 245106)
    iculver@dlflawyers.com
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609
Telephone:  (213) 943-6100
Facsimile:   (213) 943-6101

Attorneys for Plaintiff and Counter-Defendant
Wells Fargo Bank, N.A., as Trustee for the Clara Poppic Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC TRUST,<br><br>            Plaintiff,<br><br>    v.<br><br>KENNETH G. RENZ; ESTATE OF JACKSON R. DENNISON; ESTATE OF WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka MICHAEL YI; NAN Y. PARK; GUAN HUANG; YING ZHANG and SUI SONG,<br><br>            Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No.:  CV 08 2561 SBA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>New Date:        November 4, 2008<br>Time:              1:00 p.m.<br>Location:        Courtroom 3 |

The motion of Plaintiff Wells Fargo Bank, N.A., as Trustee of the Clara Poppic Trust ("Plaintiff") for leave to file a second amended complaint pursuant to Fed. R. Civ. P. 15(a)(2) came on for hearing before this Court, Thomas F. Vandenburg, Esq. appearing for Plaintiff.

Leave to amend should freely be granted when justice so requires. Fed. R. Civ. P. 15(a)(2). As Plaintiff's ninety-day notice and waiting period has expired, addition of this claim is proper. *Zands v. Nelson*, 779 F.Supp. 1254, 1259 (S.D. Cal. 1991). The support for the addition of the breach of contract and contractual indemnity claims is demonstrated in *Universal Paragon Corp. v. Ingersoll-Rand Co.*, 2007 U.S. Dist. LEXIS 14530, 27 (N.D. Cal. Feb. 13, 2007). As a party may only seek CERCLA contribution from other liable parties after having been sued under CERCLA § 106 or § 107(a), the motion to amend to add a CERCLA § 113(f) claim is also proper. *Cooper Indus., Inc. v. Aviall Servs., Inc.*, 543 U.S. 157, 161 (2004).

After consideration of the briefs and arguments of counsel, and all other matters presented to the Court,

**IT IS HEREBY ORDERED**:

1. Plaintiff's motion for leave to file a second amended complaint is GRANTED;
2. The already named and appearing defendants, KENNETH G. RENZ, ESTATE OF JACKSON R. DENNISON, KAZUKO UMSTEAD, GUAN HUANG, and WON JAE YI shall be required to respond to the Second Amended Complaint within twenty days of the date the Second Amended Complaint is filed.

DATED: 11/7/08

_____
The Honorable Saundra B. Armstrong
United States District Judge

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**