Guan Chao Huang
2683 22nd Street
San Francisco, CA 94110
Defendant in Pro Per
Telephone: (415) 710-6204
E-mail: Guan.Chao.Huang@gmail.com

RECEIVED
DEC 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
DEC 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK, N.A., AS TRUSTEE for the CLARA POPPIC TRUST,

    Plaintiff(s),

v.

KENNETH G. RENZ, et al.

    Defendant(s).

CASE NO. CV-08-02561 SBA

(PROPOSED) ORDER APPROVING REQUEST BY DEFENDANT GUAN HUANG TO E-FILE

After reasonable notice being given to all parties, based on Defendant Guan Huang's ability to meet all the technical requirements and agreement to follow the rules and order of the court for e-filing, the request for Guan Huang to e-file is hereby approved.

IT IS SO ORDERED.

DATED: 12-17, 2008    By _____
    Saundra Brown Armstrong
    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK N.A. et al, | Case Number: CV08-02561 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| RENZ et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Guan Huang
2683 22nd Street
San Francisco, CA 94110

Dated: December 17, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk