1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 WELLS FARGO BANK, N.A., as TRUSTEE for the CLARA POPPIC 11 TRUST, | Case No.:  CV 08-02561 SBA |
| 12 | **AMENDED STIPULATION AND ORDER CONTINUING DATES AND DEADLINES** |
| 13             Plaintiff, | |
| 14        v. | |
| 15 | |
| 16 KENNETH G. RENZ; ESTATE OF JACKSON R. DENNISON; ESTATE 17 OF WILEY UMSTEAD; KAZUKO UMSTEAD; WON JAE YI aka | |
| MICHAEL YI; NAN Y. PARK; GUAN 18 HUANG; YING ZHANG and SUI SONG, | |
| 19 | |
| 20             Defendants. | |
| 21 AND RELATED ACTIONS. | Complaint Filed:   May 21, 2008 |
| 22 | Pretrial Conf.:     December 14, 2010 Trial Date:          January 10, 2011 |

23    / / /
24    / / /
25    / / /
26
27
28

1
AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING DATES AND
DEADLINES

1    Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule

2  16-2(d), the parties to the above-entitled action hereby apply to this Court for relief

3  from the current dates and deadlines set in this action.

4    WHEREAS, a Case Management Conference had been scheduled to

5  take place on January 14, 2010, via telephone;

6    WHEREAS, the Case Management Conference was continued to

7  February 2, 2010, on the Court's own motion;

8    WHEREAS, the Case Management Conference was continued again to

9  March 9, 2010, on the Court's own motion;

10    WHEREAS, on March 8, 2010, the Court's calendar clerk indicated in

11  a telephone conversation that the Case Management Conference would be taken off

12  calendar and no appearances would be required the following day;

13    WHEREAS, several parties have been served recently and are in the

14  process of appearing;

15    WHEREAS, much needed investigation and site assessment is

16  continuing and ongoing at the real property that is the subject of this litigation;

17    WHEREAS, the parties and/or their counsel have conferred and have

18  agreed that a continuance of approximately six (6) months is both advisable and

19  warranted;

20    WHEREAS, counsel for Wells Fargo Bank, NA, as Trustee for the

21  Clara Poppic Trust ("Wells Fargo") has been unable to reach Nan Park, who will

22  soon be in *pro per*;

23    WHEREAS, a Stipulation and [Proposed] Order Continuing Dates and

24  Deadlines was filed on March 29, 2010 (Doc. 245);

25    WHEREAS, counsel for Wells Fargo, in conference with personnel of

26  the Court on April 5, 2010, was advised of the need to modify the previously

27  provided revised dates/deadlines;

28    WHEREAS, counsel for Third-Party Defendants Bowe Permac, Inc.

and Vic Manufacturing Company, having been informed by the Court on March 8,

2010 in a case in the Central District of California (Hinds Investments, L.P. v. Dennis Ryan, et al., SACV 07-0708 AG) that trial of that matter will be set for May 2011, had a further telephone conference with Court personnel on April 8, 2010 regarding the need to modify the previously provided revised dates/deadlines;

THEREFORE, the parties stipulate and propose the following revised case management schedule:

| Event | Current Dates/Deadlines | Proposed Revised Dates/Deadlines |
|---|---|---|
| Mediation Completion Date | February 10, 2010 | August 13, 2010 |
| Initial Expert Designation | April 16, 2010 | October 15, 2010 |
| Rebuttal Expert Designation | May 7, 2010 | November 5, 2010 |
| Discovery Cut-Off | June 30, 2010 | December 30, 2010 |
| Motion Hearing Cut-Off | September 14, 2010 | March 15, 2011 |
| Settlement Conference | October 6, 2010 | March 16, 2011 – April 1, 2011 (at convenience of settlement officer) |
| Pretrial Preparation Deadline | November 23, 2010 | May 17, 2011 |
| Deadline for Motions in Limine | November 30, 2010 | May 24, 2011 |
| Deadline for Opposing Motions in Limine | December 7, 2010 | May 31, 2011 |
| Deadline for Replies – Motions in Limine | n/a | June 7, 2011 |
| Pretrial Conference | December 14, 2010 | June 14, 2011 |
| Trial | January 10. 2011 | June 20, 2011 |

AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING DATES AND DEADLINES

1    APPROVED AS TO FORM AND CONTENT:

2

3    Dated:  April 13, 2010                    DONGELL LAWRENCE FINNEY LLP

4
                                               By: _/s/ Ian P. Culver_____
5                                                   THOMAS F. VANDENBURG
                                                    IAN P. CULVER
6                                              Attorneys for WELLS FARGO BANK,
                                               N.A., as TRUSTEE for the CLARA POPPIC
7                                              TRUST

8

9    Dated:  April 13, 2010                    BASSI EDLIN HUIE & BLUM, LLP
10
                                               By: _/s/ Joseph B. Adams_____
11                                                  JOSEPH B. ADAMS
                                                    JONATHAN E. MEISLIN
12                                             Attorneys for KASUKO UMSTEAD
13

14   Dated:  April 13, 2010
15                                             By: _/s/ Guan Chao Huang_____
                                                    GUAN CHAO HUANG
16                                             In Pro Per

17

18   Dated:  April 13, 2010                    WEYAND LAW FIRM, P.C.
19
                                               By: _/s/ Rebecca M. Hoberg_____
20                                                  ALEXANDER M. WEYAND
                                                    REBECCA M. HOBERG
21                                             Attorneys for BOWE PERMAC, INC. and
                                               VIC MANUFACTURING COMPANY
22

23

24   Dated:  April 13, 2010
                                               By:_____
25                                                 NAN PARK
                                               In Pro Per
26

27

28

---
4
AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING DATES AND
DEADLINES

1     Dated: April 13, 2010            LAW OFFICE OF PETER LIEDERMAN

2

3                                   By: _/s/ Peter Liederman_____
                                         PETER LIEDERMAN

4                                   Attorneys for KENNETH G. RENZ and
                                  ESTATE OF JACKSON R. DENNISON

5

6     Dated: April 13, 2010            FOLEY, BARON, METZGER, PLLC

7

8                                   By: _/s/ Bryan Phinney_____
                                         BRIAN H. PHINNEY

9                                   Attorneys for HOYT CORPORATION *(Pro Hac Vice),* Specially Appearing

10

11

12     IT IS SO ORDERED.

13

14     DATED:4/26/10                          _____

15                                   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2    UNITED STATES DISTRICT COURT
     FOR THE
3    NORTHERN DISTRICT OF CALIFORNIA

4

5    WELLS FARGO BANK N.A. et al,

6                    Plaintiff,

7         v.

8    RENZ et al,

9                    Defendant.
     _____/

10

11                                        Case Number: CV08-02561 SBA

                                          **CERTIFICATE OF SERVICE**
12

13   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.
14

15   That on April 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
     said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
16   receptacle located in the Clerk's office.

17

18

19   Guan Huang
     2683 22nd Street
20   San Francisco, CA 94110

21

22   Won Jae Yi
     2565 Telegraph Avenue
23   Berkeley, CA 94704

24   Dated: April 27, 2010

                                          Richard W. Wieking, Clerk
25                                        By: LISA R CLARK, Deputy Clerk

26

27

28

─────────────────────────────────────────────
                              6
AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING DATES AND
                          DEADLINES