1   JOSEPH B. ADAMS, ESQ. (SBN 194964)
    FARHEENA A. HABIB, ESQ. (243405)
2   BASSI, EDLIN, HUIE & BLUM LLP
    351 California Street, Suite 200
3   San Francisco, CA 94104
    Telephone:    (415) 397-9006
4   Facsimile:    (415) 397-1339

5   Attorneys for Defendant
    KAZUKO UMSTEAD
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  WELLS FARGO BANK, N.A. as TRUSTEE  )   Case No. CV 08 2561 SBA
    FOR THE CLARA POPPIC TRUST,        )
12                                     )   **STIPULATION AND ORDER**
                  Plaintiffs,          )   **CONTINUING FACT DISCOVERY AND**
13                                     )   **REBUTTAL EXPERT REPORTS**
          vs.                          )   **DEADLINES**
14                                     )
    RENZ, et al.,                      )
15                                     )
                  Defendants.          )
16  _____)
                                       )
17  AND RELATED ACTIONS.               )
                                       )   Complaint Filed:   May 21, 2008
18                                     )   Discovery Cut-Off: Dec. 30, 2010
                                       )   Trial Date:        June 20, 2011
19  _____)

20

21          Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16-2(d), the parties

22  to the above-entitled action hereby apply to this Court for relief from the current fact discovery

23  deadline set in this action.

24          WHEREAS this Court most recently adjusted the case management schedule on

25  November 15, 2010 (Doc. 270);

26          WHEREAS the parties, with the exception of Nan Y. Park, participated in a mediation

27  session with Hon. Ronald M. Sabraw (Ret.) on September 23, 2010;

28

261931

1    WHEREAS a further mediation session has been scheduled for January 5, 2011 at 9:30

2  a.m., again before Judge Sabraw at JAMS in San Francisco, at which client and insurance

3  representatives will be present;

4    WHEREAS the parties continue to engage in discovery and have completed the

5  depositions of several percipient witnesses and are in the process of scheduling and conducting

6  additional percipient depositions, including those of the FRCP 30(b)(6) depositions of Hoyt

7  Corporation and Vic Manufacturing Corporation, completing the deposition of Kazuko Umstead

8  and other witnesses;

9    WHEREAS this Court has not yet rendered its decision on the pending FRCP 12(b)(6)

10  motion of Hoyt Corporation;

11    WHEREAS the various regulatory stakeholders have not yet assessed the nature and

12  extent of the contamination at issue and the necessary scope of remediation;

13    WHEREAS Judge Sabraw believes that a brief continuance of the deadlines relating to

14  fact discovery will facilitate further settlement discussions; and

15    WHEREAS NAN Y. PARK has been non-communicative since the withdrawal of her

16  counsel.

17    THEREFORE, the parties stipulate and propose that:

18    1.    The fact discovery cut-off be extended from the current deadline of December 30,

19        2010 to February 25, 2011, the current deadline for expert discovery; and

20    2.    The deadline for exchange of expert rebuttal reports shall be moved from January

21        7, 2011, to February 1, 2011.

22

23  Agreed and approved as to content and form by counsel for the parties as indicated below:

24

25  Date:   December 8, 2008                BASSI, EDLIN, HUIE & BLUM LLP

26

27

28                                By:_____
                                      JOSEPH B. ADAMS, ESQ.
                                      Attorneys for KAZUKO UMSTEAD

261931

1

2  Date:   December 8, 2008                    DONGELL LAWRENCE FINNEY LLP

3

4                                             By:_____

5                                                IAN CULVER, ESQ.
                                                Attorneys for WELLS FARGO BANK, N.A., AS
6                                               TRUSTEE FOR THE CLARA POPPIC  TRUST

7

8  Date:   December 8, 2008

9

10                                            By:_____

11                                               GUAN CHAO HUANG.
                                                 IN PRO PER
12

13 Date:   December 8, 2008                    WEYLAND LAW FIRM

14

15                                            By:_____

16                                               REBECCA HOBERG, ESQ.
                                                 Attorneys for BOWE PERMAC, INC. & VIC
17                                                MANUFACTURING COMPANY

18 Date:   December 8, 2008                    LAW OFFICE OF PETER LIEDERMAN

19

20

21                                            By:_____

22                                               PETER H. LIEDERMAN, ESQ.
                                                 Attorneys for KENNETH G. RENZ & ESTATE
23                                                OF JACKSON R. DENNISON

24 Date:   December 8, 2008                    FOLEY, BARON, METZGER, PLLC

25

26                                            By:_____

27                                               BRIAN H. PHINNEY, ESQ.
                                                 Attorneys for HOYT CORPORATION
28

261931

STIPULATION AND [PROPOSED] ORDER CONTINUING FACT DISCOVERY & EXPERT REBUTTAL REPORTS DEADLINES

1   Date:   December 8, 2008           NEWMAN MARCUS LLP

2

3

By:_____

4                                      EDWARD NEWMAN

5                                      Attorneys for VALUES, INC.

6

7   IT IS SO ORDERED

8

9   DATED: 12/27/10                  _____

10                               UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

261931

STIPULATION AND [PROPOSED] ORDER CONTINUING FACT DISCOVERY & EXPERT REBUTTAL REPORTS DEADLINES

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK N.A. et al,                    Case Number: CV08-02561 SBA

**CERTIFICATE OF SERVICE**

                    Plaintiff,

   v.

RENZ et al,

                    Defendant.

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Guan  Huang

2683 22nd Street

San Francisco,  CA 94110

Nan Y. Park

261931

STIPULATION AND [PROPOSED] ORDER CONTINUING FACT DISCOVERY & EXPERT REBUTTAL REPORTS DEADLINES

8306 Wilshire Boulevard

Suite 560

Beverly Hills,  CA 90211

Won Jae Yi

2565 Telegraph Avenue

Berkeley,  CA 94704

Dated: December 28, 2010

Richard W. Wieking, Clerk

By: LISA R CLARK, Deputy Clerk

261931

STIPULATION AND [PROPOSED] ORDER CONTINUING FACT DISCOVERY & EXPERT REBUTTAL REPORTS DEADLINES