FOLEY, BARON & METZGER, PLLC
RICHARD S. BARON (*Admitted Pro Hac Vice*)
BRIAN H. PHINNEY (*Admitted Pro Hac Vice*)
38777 Six Mile Rd., Suite 300
Livonia, Michigan 48152
(734) 742-1800

Attorneys for Defendant,
Hoyt Corporation, a Massachusetts Corporation

Kurt F. Vote, CA State Bar No. 160496
Mandy L. Jeffcoach, CA State Bar No. 232313
McCormick Barstow, LLP
5 River Park Place East
P.O. Box 28912
Fresno, CA 93720
(559) 433-1300

Local Counsel for Defendant,
Hoyt Corporation, a Massachusetts Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK N.A., as TRUSTEE for the CARLA POPPIC TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>KENNETH G. RENZ, et al.,<br><br>        Defendants.<br>_____<br><br>AND ALL RELATED ACTIONS.<br>_____ | **Case No. CV 08-02561 SBA**<br><br>**[PROPOSED] ORDER ~~GRANTING~~ DENYING HOYT CORPORATION'S EX PARTE APPLICATION FOR EXTENSION OF MOTION CUT-OFF DEADLINE**<br><br>Judge:  Hon. Saundra B. Armstrong |

1

~~Defendant Hoyt Corporation has filed an ex parte application to extend the motion cut-off deadline to May 17, 2011 for purposes of its motion to dismiss certain counts of Plaintiff Wells Fargo Bank, N.A.'s Fourth Amended Complaint and cross-claimant Kazuko Umstead's Second Amended Cross-claim.~~

~~Having considered the moving papers and good cause appearing thereon, the motion cut-off deadline is extended to May 17, 2011 for purposes of said motion.~~

Defendant Hoyt Corporation has filed an ex parte application to extend the April 26, 2011 motion hearing cut-off deadline to May 17, 2011 for purposes of its motion to dismiss certain counts of Plaintiff Wells Fargo Bank, N.A.'s Fourth Amended Complaint and cross-claimant Kazuko Umstead's Second Amended Cross-claim.

Having considered the moving papers:

IT IS HEREBY ORDERED THAT the May 17, 2011 hearing date on Defendant Hoyt Corporation's motion to dismiss (Dkt. 284) is changed to **April 26, 2011 at 1:00 p.m**. Plaintiffs' opposition shall be filed on or before April 5, 2011. Defendant's reply shall be filed on or before April 12, 2011. Defendant's ex parte application (Dkt. 285) is DENIED as MOOT. This order terminates Docket 285.

IT IS SO ORDERED

Date: _2/18/11

_____
UNITED STATES DISTRICT COURT JUDGE
HON. SAUNDRA BROWN ARMSTRONG