UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE FOR THE CLARA POPPIC TRUST,<br><br>   Plaintiff,<br><br>   vs.<br><br>KENNETH G. RENZ, et al.,<br><br>   Defendants.<br><br>AND RELATED ACTIONS. | Case No: C 08-02561-SBA<br><br>**ORDER GRANTING EX PARTE APPLICATIONS FOR HEARING DATE**<br><br>Dkts. 307, 315, 317 |

Plaintiff commenced this action on May 21, 2008. This action arises primarily under the federal Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"). Plaintiff brings claims under CERCLA and related statutes, as well as common law tort claims, against the Defendants. Also at issue are related counter-claims and cross-claims filed by various parties.

The motion hearing deadline in this case is April 26, 2011. The parties are presently before the Court on the ex parte applications of Defendant Hoyt Corporation, Defendant Kazuko Umstead, and Defendants Bowe Permac, Inc. and Vic Manufacturing Company seeking an April 26, 2011 hearing date on their respective motions. Dkts. 307, 315, 317 (collectively referred to herein as "Defendants' Applications"). Defendants request an April 26, 2011 hearing date because, otherwise, the Court's first available hearing date is after the motion hearing deadline. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Defendants' Applications are GRANTED. Defendant Hoyt Corporation's Motion for Partial Summary Judgment (Dkt. 306), Defendant Kazuko Umstead's Motion for

1  Summary Judgment (Dkt. 308), and Defendants Bowe Permac, Inc.'s and Vic Manufacturing
2  Company's Motion for Judgment on the Pleadings (Dkt. 311) and Motion for Summary
3  Judgment (Dkt. 312) shall be heard on April 26, 2011 at 1:00 p.m.
4      2.    This order terminates Dockets 307, 315, and 317.
5      IT IS SO ORDERED.
6  Dated: March 29, 2011            _____
7                                        SAUNDRA BROWN ARMSTRONG
                                      United States District Judge