UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE FOR THE CLARA POPPIC TRUST,<br><br>        Plaintiff,<br><br>   vs.<br><br>KENNETH G. RENZ, et al.,<br><br>        Defendants.<br><br>————————————————<br><br>AND RELATED ACTIONS. | Case No:  C 08-02561-SBA<br><br>**ORDER DENYING EX PARTE APPLICATION FOR EXTENSION OF HEARING DEADLINE**<br><br>Dkt. 334 |

Plaintiff commenced this action on May 21, 2008.  This action arises primarily under the federal Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA").  Plaintiff brings claims under CERCLA and related statutes, as well as common law tort claims, against the Defendants.  Also at issue are related counter-claims and cross-claims filed by various parties.

The motion hearing deadline in this case is April 26, 2011.  Moreover, a mandatory settlement conference is set for May 6, 2011, the pretrial conference is scheduled for June 14, 2011, and trial is scheduled for June 20, 2011.  On April 8, 2011, Defendant Hoyt Corporation ("Hoyt") filed an Ex Parte Application for Extension of Motion Cut-Off Deadline ("Application"), along with a Motion to Dismiss the amended cross-claims asserted against Hoyt by Defendant Kenneth Renz ("Renz"), which Renz filed on March 22, 2011 in response to Plaintiff's Fourth Amended Complaint, filed on February 2, 2011.  Dkts. 333, 334.  In its

Application, Hoyt seeks a hearing date after the April 26, 2011 motion hearing deadline for its Motion to Dismiss, as the first available hearing date on the Court's calendar is July 19, 2011.

The Court notes that this matter was originally scheduled for trial on January 10, 2011, and the original motion hearing deadline was September 14, 2010. See Dkt. 174. Subsequently, on April 27, 2010 the Court granted the parties' stipulated request to extend certain pretrial deadlines, continuing the fact discovery deadline to December 30, 2010 and the motion hearing deadline to March 15, 2011. Dkt. 251. The Court also continued the pretrial conference to June 14, 2011 and the trial date to June 20, 2011. Id.

On November 15, 2010, the Court granted the parties' further stipulated request to extend certain pretrial deadlines, continuing the expert discovery deadline to February 25, 2011 and the motion hearing deadline to April 26, 2011. Dkt. 270. One basis for the parties' request was that a brief continuance would "facilitate further settlement discussions." Id. at 2.

On December 28, 2010, the Court granted the parties' stipulated request for a further continuance of certain pretrial deadlines, continuing the fact discovery deadline to February 25, 2011, and continuing the deadline for exchange of rebuttal expert reports from January 7, 2011 to February 1, 2011. Dkt. 276. Again, the parties represented to the Court that a continuance would "facilitate further settlement discussions." Id. at 2. However, to date, this case has not settled.

As indicated, Renz filed his amended cross-claims on March 22, 2011, approximately one month before the motion hearing deadline of April 26, 2011, which has necessitated Hoyt's instant Application for an extension of the motion hearing deadline for its Motion to Dismiss. Given the multiple stipulated continuances already granted in this matter, and in view of the approaching pre-trial and trial dates, the Court finds that an additional extension of the motion hearing deadline is not appropriate. Moreover, the present urgency with respect to the motion hearing deadline is of the parties' own making, as Plaintiff did not file its Fourth Amended Complaint until February 2, 2011, and Renz did not file his amended cross-claims in response to the complaint until March 22, 2011. Therefore, the Court will schedule Hoyt's Motion to Dismiss for April 26, 2011, which is also the scheduled hearing date for other of the

defendants' dispositive motions, and will set an accelerated briefing scheduled on Hoyt's motion so that all pending motions can be resolved before trial.  Accordingly,

IT IS HEREBY ORDERED THAT:

1.     A hearing date on Hoyt's Motion to Dismiss (Dkt. 333) is scheduled for April 26, 2011 at 1:00 p.m.  Any opposition shall be filed by April 18, 2011; any reply shall be filed by April 20, 2011.  Hoyt's Application is DENIED as MOOT.

2.     This order terminates Docket 334.

IT IS SO ORDERED.

Dated:  April_12, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge