UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WELLS FARGO BANK N.A., as TRUSTEE for the CARLA POPPIC TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH G. RENZ, et al.,<br><br>Defendants. | Case No: C 08-2561 SBA<br><br>**ORDER CONTINUING MOTIONS HEARING**<br><br>Docket 284, 306, 308, 311, 312, 313, 314 & 333 |

The following motions have been filed in this action: Motion to Dismiss filed by Hoyt Corporation (Dkt. 284), Motion for Partial Summary Judgment filed by Hoyt Corporation (Dkt. 306), Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, filed by Kazuko Umstead (Dkt. 308), Motion for Judgment on the Pleadings filed by Bowe Permac, Inc. and VIC Manufacturing Co., Inc. (Dkt. 311), Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment filed by Bowe Permac, Inc. and VIC Manufacturing Co., Inc. (Dkt. 312), Motion for Summary Judgment filed by the Estate of Jackson R. Dennison (Dkt. 313), Motion for Summary Judgment, or in the Alternative, Motion for Summary Adjudication filed by Kenneth G. Renz (Dkt. 314), and Motion to Dismiss Kenneth Renz's Cross-Claims Pursuant to FRCP 12(b)(6) filed by Hoyt Corporation (Dkt. 333). To allow the Court additional time to consider the parties' papers, the hearing on the parties' motions set for April 26, 2011 at 1:00 p.m. is

1  CONTINUED to May 10, 2011 at 1:00 p.m.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument.  The parties are advised to check the Court's website to determine whether a court appearance is required.

  IT IS SO ORDERED.

Dated: April 21, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge