UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WELLS FARGO BANK N.A., as TRUSTEE for the CARLA POPPIC TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH G. RENZ, et al.,<br><br>Defendants. | Case No:  C 08-2561  SBA<br><br>**ORDER REFERRING CASE TO MAGISTRATE FOR SETTLEMENT CONFERENCE** |

IT IS HEREBY ORDERED THAT the settlement conference set for May 13, 2011 before Magistrate Judge Donna Ryu is VACATED due to the unavailability of counsel. The date and time of the settlement conference will be set by Magistrate Judge Ryu.  The settlement conference will be held prior to the due date of the parties' pretrial submissions on May 17, 2011 (Docket 251).

IT IS SO ORDERED.

Dated: April 26, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge