1
2
3
4
5                           UNITED STATES DISTRICT COURT
6                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                                    OAKLAND DIVISION
8

| WELLS FARGO BANK N.A., as TRUSTEE for the POPPIC TRUST, | Case No: C 08-02561 SBA |
|---|---|
| Plaintiff, | **AMENDED ORDER OF REFERENCE** |
| vs. | Supersedes Dkt. 353 |
| KENNETH RENZ, et al., | |
| Defendants. | |

   IT IS HEREBY ORDERED THAT the settlement conference set for May 13, 2011 before Magistrate Judge Donna Ryu is VACATED due to the unavailability of counsel. The settlement conference will be scheduled at the discretion of Magistrate Judge Ryu.

   IT IS SO ORDERED.

Dated: April 27, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge