UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK N.A. | No. C-08-02561-DMR |
| Plaintiff, | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| RENZ ET AL | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated May 5, 2011, Defendant Hoyt Corporation requested that its representative, William Olinger, be excused from personally appearing at the settlement conference scheduled for May 23, 2011.  *See* Docket No. 366.  No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance.  Therefore, IT IS HEREBY ORDERED that William Olinger be available by telephone from 10:00 a.m. Pacific Time until further notice on May 23, 2011.

If the Court concludes that the absence of Mr. Olinger is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Mr. Olinger.

IT IS SO ORDERED.

Dated: May 10, 2011

_____
DONNA M. RYU
United States Magistrate Judge