UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., as TRUSTEE FOR THE CLARA POPPIC TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH G. RENZ, et al.,<br><br>Defendants.<br><br>AND RELATED ACTIONS. | Case No:  C 08-02561-SBA<br><br>**ORDER MODIFYING ORDER FOR PRETRIAL PREPARATION RE MOTIONS IN LIMINE** |

IT IS HEREBY ORDERED THAT the Amended Stipulation and Order Continuing Dates and Deadlines (Docket 251) is modified with respect to the submission of motions in limine.  Each side is to file all of their motions in limine in a single memorandum, not to exceed ten (10) pages in length.  Each side shall file a single opposition brief, not to exceed ten (10) pages, and a reply brief, not to exceed five (5) pages.  The Court will not consider any motion in limine unless the parties have certified that they have first met and conferred, as required by the Court's standing orders.  Any request to exceed the page limit must be submitted prior to the deadline of the briefs and must be supported by a showing of good cause and a certification that the applicant has met and conferred with the opposing party.  All other provisions of the Order for Pretrial Preparation shall remain unchanged.

IT IS SO ORDERED.

Dated:  May 10, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge