```
1  FRED M. BLUM, ESQ. (SBN 101586)
   JOSEPH B. ADAMS, ESQ. (SBN 194964)
2  FARHEENA A. HABIB, ESQ. (SBN 243405)
   ERIN K. POPPLER, ESQ. (SBN 267724)
3  BASSI, EDLIN, HUIE & BLUM LLP
   351 California Street, Suite 200
4  San Francisco, CA 94104
   Telephone:   (415) 397-9006
5  Facsimile:   (415) 397-1339

6
   Attorneys for Defendant
7  KAZUKO UMSTEAD
```

FILED

MAY 2 5 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A. as TRUSTEE FOR THE CLARA POPPIC TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>RENZ, et al.,<br><br>    Defendants.<br><br>AND RELATED CROSS ACTIONS | Case No. CV 08 2561 SBA<br><br>**STIPULATION FOR DISMISSAL** |

1  IT IS HEREBY STIPULATED by and between defendant and third party complainant
2  KAZUKO UMSTEAD and third party defendant VALUES, INC., that the Umstead's third party
3  complaint against Values, Inc. shall be dismissed without prejudice. Each party shall bear their
4  own costs and attorneys' fees.

| Date: May 16, 2011 | BASSI, EDLIN, HUIE & BLUM LLP |
| --- | --- |
| | By: *Tasheena Habib for* |
| | JOSEPH B. ADAMS<br>Attorneys for Defendant and Third Party<br>Complainant KAZUKO UMSTEAD |
| Date: May 12, 2011 | |
| | By: *Kazuko Chouteau*<br>KAZUKO UMSTEAD |
| Date: May ___, 2011 | NEWMAN & MARCUS |
| | By: _____<br>EDWARD NEWMAN<br>Attorneys for Third Party Defendant<br>VALUES, INC. |
| Date: May ___, 2011 | VALUES, INC. |
| | By: _____<br>BRANDON KETT |

320737

2

STIPULATION FOR DISMISSAL

1  IT IS HEREBY STIPULATED by and between defendant and third party complainant
2  KAZUKO UMSTEAD and third party defendant VALUES, INC., that the Umstead's third party
3  complaint against Values, Inc. shall be dismissed without prejudice. Each party shall bear their
4  own costs and attorneys' fees.

| Date: | May ___, 2011 | BASSI, EDLIN, HUIE & BLUM LLP |
|---|---|---|
| | | By: _____<br>JOSEPH B. ADAMS<br>Attorneys for Defendant and Third Party Complainant KAZUKO UMSTEAD |
| Date: | May ___, 2011 | |
| | | By: _____<br>KAZUKO UMSTEAD |
| Date: | May 9, 2011 | NEWMAN & MARCUS |
| | | By: _[signature]_<br>EDWARD NEWMAN<br>Attorneys for Third Party Defendant VALUES, INC. |
| Date: | May 9, 2011 | VALUES, INC.<br><br>By: _[signature]_<br>BRANDON KETT |

320737

2

STIPULATION FOR DISMISSAL

GOOD CAUSE SHOWING the above Appeal and Action is hereby dismissed without prejudice, each party to bear their own costs and attorneys' fees.

Dated: 5-24-11

_____
HONORABLE SAUNDRA B. ARMSTRONG