United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK N.A., | No. C-08-02561-SBA (DMR) |
| Plaintiff, | **ORDER GRANTING REQUEST FOR APPEARANCE OF THIRD-PARTY DEFENDANTS AT SETTLEMENT CONFERENCE** |
| v. | |
| RENZ ET AL., | |
| Defendants. | |

On June 2, 2011, Defendant Kenneth G. Renz and Third-Party Plaintiff Kazuko Umstead filed a letter requesting the attendance of Third-Party Defendants Vic Manufacturing Company and Bowe Permac, Inc. at the Settlement Conference scheduled for June 10, 2011 at 9:30 a.m. The Court hereby ORDERS that the request be GRANTED and that the above-named Third-Party Defendants appear at the June 10, 2011 Settlement Conference.

IT IS SO ORDERED.

Dated: June 3, 2011

_____
DONNA M. RYU
United States Magistrate Judge